B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Oklahoma | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Penloyd, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**75-3116049** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2900 East Apache Street<br>Tulsa, OK**<br><div align="right">ZIP Code **74110-2200**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Tulsa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**401 South Boston, Suite 2200<br>Tulsa, OK**<br><div align="right">ZIP Code **74103**</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **924 South Hudson<br>Tulsa, OK 74112** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**B1 (Official Form 1)(1/08)**                                                         **Page 2**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Penloyd, LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                    _____
                    (Name of landlord that obtained judgment)

                    _____
                    (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(1/08)**                                                               **Page 3**

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Penloyd, LLC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Debtor

**X** _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

#### Signature of Attorney*

**X** *  /s/ Mark A. Craige OBA*

Signature of Attorney for Debtor(s)

**Mark A. Craige OBA #1992**

Printed Name of Attorney for Debtor(s)

**MorrelSaffaCraige**

Firm Name

**3501 S. Yale Avenue**
**Tulsa, OK 74135**

Address

**mac@law-office.com; aashley@law-office.com**
**918-664-0800  Fax: 918-663-1383**

Telephone Number

**February 16, 2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** *  /s/ Tim Nagle*

Signature of Authorized Individual

**Tim Nagle**

Printed Name of Authorized Individual

**Member/Manager**

Title of Authorized Individual

**February 16, 2010**

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

**X** _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**United States Bankruptcy Court**
Northern District of Oklahoma

In re   _Penloyd, LLC_                                              Case No. _____
                                    Debtor(s)                      Chapter   __7__

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

We, Nagle Enterprises, Inc., through its President Tim W. Nagle ("NEI") and Penloyd Holding, Inc., through its President, Paul B. Loyd, Jr. ("PHI"), declare under penalty of perjury that NEI and PHI are the sole managing members of Penloyd, LLC, an Oklahoma limited liability company (the "Company") and that the following is a true and correct copy of the resolutions adopted by NEI and PHI in their capacity as the sole managing members of the Company by unanimous written consent effective on the **27** day of ___January___, 2010.

"Whereas, it is in the best interest of Penloyd, LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Paul B. Loyd, Jr. as President and on behalf of Penloyd Holding, Inc. and Tim W. Nagle, as President and on behalf of Nagle Enterprises, Inc. are each, (jointly or either of them may, acting alone are), hereby authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of Penloyd, LLC; and

Be It Further Resolved, that Paul B. Loyd, Jr. as President and representative of Penloyd Holding, Inc. and Tim W. Nagle, as President and representative of Nagle Enterprises, Inc., each as managing members of Penloyd, LLC both authorized and either, acting alone, are hereby directed to and may appear in all bankruptcy proceedings on behalf of Penloyd, LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of Penloyd, LLC in connection with such bankruptcy case, and

Be It Further Resolved, that Penloyd Holding, Inc. and Nagle Enterprises, Inc. as the managing members of Penloyd, LLC are authorized and directed to employ Mark A. Craige OBA #1992, attorney and the law firm of Morrel/Saffa/Craige to represent Penloyd, LLC in such bankruptcy case."

Date:   January 27, 2010

**Penloyd, LLC**
By its Managing Members:

Penloyd Holding, Inc.

By: _____
      Paul B. Loyd, Jr., its President

Nagle Enterprises, Inc.

By: _____
      Tim W. Nagle, its President

**Resolution of Members
of
Penloyd, LLC**

Whereas, it is in the best interest of Penloyd, LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Paul B. Loyd, Jr. as President and on behalf of Penloyd Holding, Inc. and Tim W. Nagle, as President and on behalf of Nagle Enterprises, Inc. are each, (jointly or either of them may, acting alone are), hereby authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of Penloyd, LLC; and

Be It Further Resolved, that Paul B. Loyd, Jr. as President and representative of Penloyd Holding, Inc. and Tim W. Nagle, as President and representative of Nagle Enterprises, Inc., each as managing members of Penloyd, LLC both authorized and either, acting alone, are hereby directed to and may appear in all bankruptcy proceedings on behalf of Penloyd, LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of Penloyd, LLC in connection with such bankruptcy case, and

Be It Further Resolved, that Penloyd Holding, Inc. and Nagle Enterprises, Inc. as the managing members of Penloyd, LLC are authorized and directed to employ Mark A. Craige OBA #1992, attorney and the law firm of Morrel/Saffa/Craige to represent Penloyd, LLC in such bankruptcy case.

Date:   January 27, 2010

**Penloyd, LLC**
By its Managing Members:

Penloyd Holding, Inc.

By: _____
     Paul B. Loyd, Jr., its President

Nagle Enterprises, Inc.

By: _____
     Tim W. Nagle, its President

g:\penloyd current\penloydllc res corp rev v2.doc

## JOINT UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS OF
## PENLOYD HOLDING, INC.

The undersigned, being all of the members of the Board of Directors of Penloyd Holding, Inc. (the "Corporation"), does, by the execution of this Consent in accordance with the Oklahoma General Corporation Act and applicable provisions of the Corporation's Bylaws, approve, ratify and affirm the following Resolutions as if such Resolutions were approved at a regular or special meeting duly called and constituted:

Whereas, it is in the best interest of Penloyd, LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Paul B. Loyd, Jr. as President and on behalf of Penloyd Holding, Inc. and Tim W. Nagle, as President and on behalf of Nagle Enterprises, Inc. are each, (jointly or either of them may, acting alone are), hereby authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of Penloyd, LLC; and

Be It Further Resolved, that Paul B. Loyd, Jr. as President and representative of Penloyd Holding, Inc. and Tim W. Nagle, as President and representative of Nagle Enterprises, Inc., each as managing members of Penloyd, LLC both authorized and either, acting alone, are hereby directed to and may appear in all bankruptcy proceedings on behalf of Penloyd, LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of Penloyd, LLC in connection with such bankruptcy case, and

Be It Further Resolved, that Penloyd Holding, Inc. and Nagle Enterprises, Inc. as the managing members of Penloyd, LLC are authorized and directed to employ Mark A. Craige OBA #1992, attorney and the law firm of Morrel/Saffa/Craige to represent Penloyd, LLC in such bankruptcy case.

DATED effective as of the 27th day of January, 2010.

**SOLE DIRECTOR:**

Paul B. Loyd, Jr.

g:\minutes\penloyd holding 13391\phi uwc on penloyd 012710.doc

## UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS OF
## NAGLE ENTERPRISES, INC.

The undersigned, being all of the members of the Board of Directors of Nagle Enterprises, Inc. (the "Corporation"), do, by the execution of this Consent in accordance with the applicable state laws and applicable provisions of the Corporation's Bylaws, approve, ratify and affirm the following Resolutions as if such Resolutions were approved at a regular or special meeting duly called and constituted:

Whereas, it is in the best interest of Penloyd, LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Paul B. Loyd, Jr. as President and on behalf of Penloyd Holding, Inc. and Tim W. Nagle, as President and on behalf of Nagle Enterprises, Inc. are each, (jointly or either of them may, acting alone are), hereby authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of Penloyd, LLC; and

Be It Further Resolved, that Paul B. Loyd, Jr. as President and representative of Penloyd Holding, Inc. and Tim W. Nagle, as President and representative of Nagle Enterprises, Inc., each as managing members of Penloyd, LLC both authorized and either, acting alone, are hereby directed to and may appear in all bankruptcy proceedings on behalf of Penloyd, LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of Penloyd, LLC in connection with such bankruptcy case, and

Be It Further Resolved, that Penloyd Holding, Inc. and Nagle Enterprises, Inc. as the managing members of Penloyd, LLC are authorized and directed to employ Mark A. Craige OBA #1992, attorney and the law firm of Morrel/Saffa/Craige to represent Penloyd, LLC in such bankruptcy case.

DATED effective as of the 27th day of January, 2010.

**SOLE DIRECTOR:**

_____
Tim W. Nagle

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re **Penloyd, LLC** ,
                                 Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 4 | 0.00 | | |
| B - Personal Property | Yes | 5 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 14,009,532.90 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 25 | | 275,270.40 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 38 | | 804,064.91 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 75 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 15,088,868.21 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re    **Penloyd, LLC**
_____,
                                    Debtor

Case No. _____

Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **Penloyd, LLC**
,                                    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **See attached Exhibits for Legal Description of all real estate.** | | - | **Unknown** | **0.00** |
| **Glass Plant - 924 South Hudson, Tulsa, OK 74112** | | - | **Unknown** | **0.00** |
| **245 New Porter Pike Road, Bowling Green, KY 42103-9158** | | - | **Unknown** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |
| | (Report also on Summary of Schedules) | |

__0__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

## LEGAL DESCRIPTION OF REAL PROPERTIES

All of Lot One (1) and the North 200 feet of Lot Twelve (12), Block One (1), SANFORD ADDITION to the City of Tulsa, Oklahoma, being a Resubdivision of the Subdivision of Block 26, and the vacated portion of 10th Street lying between Blocks 1 & 2 of the Subdivision of Block 26, of WHITE CITY ADDITION, according to the Recorded Plat No. 1205.  (Tract A)
(a/k/a 5420 E. 9th Street, Tulsa, OK  74112)


AND


The East 150 feet of the North 163.6 feet of Tract/Block Sixty-Eight (68), GLENHAVEN ADDITION to the City of Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat No. 791.  (Tract B)
(a/k/a 910 S. Hudson Avenue, Tulsa, OK  74112)


AND


Tract/Block 70, GLENHAVEN ADDITION, an Addition to the City of Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat thereof.

The North Half of the Northeast Quarter (N/2 NE/4) of Section Twenty-nine (29), Township Twenty (20) North, Range Thirteen (13) East of the Indian Base and Meridian, Tulsa County, State of Oklahoma, according to the United States Government Survey thereof, <u>LESS AND EXCEPT</u> the North 60 feet and the East 50 feet thereof.
(Main Plant a/k/a 2900 East Apache, Tulsa, OK)

Tract/Lot Seventy-one (71), in GLENHAVEN, an Addition to the City of Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat No. 791.


AND


The South 140 feet of Tracts Sixty-eight (68) and Sixty-nine (69) of GLENHAVEN ADDITION to the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded Plat thereof.
(71 Glass Plant a/k/a U.S. & 69 Old HS Tulsa, OK)

West 75 feet of North 163.6 feet, Tract/Block 68 and East 75 feet of Tract/Block 69 less South 140 feet.  GLENHAVEN ADDITION to the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded Plat thereof.

Tract/Block 66 feet of GLENHAVEN ADDITION, to the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded Plat thereof.

<u>**LESS AND EXCEPT THE FOLLOWING TRACTS WHICH HAVE BEEN RELEASED:**</u>

Lot Two (2) and the North 30.43 feet of vacated street adjacent on the South thereof, LESS the North 150 feet thereof, of Block Fifty-Three (53), GLENHAVEN AMENDED, an Addition to the City of Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat thereof.

And

The South 45 feet of Lot Three (3), Block Four (4), RESUBDIVISION OF A PART OF GLENHAVEN AND A PART OF GLENHAVEN AMENDED, an Addition to the City of Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat thereof.

And

Lot Four (4), Block Four (4), RESUBDIVISION OF A PART OF GLENHAVEN AND A PART OF GLENHAVEN AMENDED, an Addition to the City of Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat thereof.

And

Lot Five (5), Block Four (4), RESUBDIVISION OF A PART OF GLENHAVEN AND A PART OF GLENHAVEN AMENDED, an Addition to the City of Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat thereof.

And

Lot Six (6) and the North 30.43 feet of vacated street adjacent to the South thereof, Block Four (4), RESUBDIVISION OF A PART OF GLENHAVEN AND A PART OF GLENHAVEN AMENDED, an Addition to the City of Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat thereof.

And

Lot Seven (7) and the North 30.43 feet of vacated street adjacent on the South thereof, Block Four (4), RESUBDIVISION OF A PART OF GLENHAVEN AND A PART OF GLENHAVEN AMENDED, an Addition to the City of Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat thereof.

And

Lot Eight (8) and the North 30.43 feet of vacated street adjacent on the South thereof, Block Four (4), RESUBDIVISION OF A PART OF GLENHAVEN AND A PART OF GLENHAVEN AMENDED, an Addition to the City of Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat thereof.

And

Block Sixty-Six (66), LESS the South 200 feet plus the South 30.43 feet of vacated street adjacent to the North thereof, GLENHAVEN, an Addition to the City of Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat thereof.

## EXHIBIT "B"

### LEGAL DESCRIPTION

A TRACT OF LAND THAT IS PART OF THE N/2 OF THE NE/4 OF SECTION 29, T-20-N, R-13-E, OF THE INDIAN BASE AND MERIDIAN, CITY OF TULSA, TULSA COUNTY, OKLAHOMA, ACCORDING TO THE U.S. GOVERNMENT SURVEY THEREOF, SAID TRACT OF LAND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS, TO-WIT:

STARTING AT THE NORTHEAST CORNER OF SAID SECTION 29; THENCE DUE WEST ALONG THE NORTHERLY LINE OF SECTION 29 FOR 50.00'; THENCE S 00°10'32" E AND PARALLEL WITH THE EASTERLY LINE OF SECTION 29 FOR 60.00' TO THE "POINT OF BEGINNING" OF SAID TRACT OF LAND, SAID POINT BEING ON THE SOUTHERLY RIGHT-OF-WAY LINE OF EAST APACHE STREET AND THE WESTERLY RIGHT-OF-WAY LINE OF NORTH HARVARD AVENUE; THENCE CONTINUING S 00°10'32" E ALONG SAID WESTERLY RIGHT-OF-WAY LINE BEING 50' WESTERLY OF AND PARALLEL WITH THE EASTERLY LINE OF SECTION 29 FOR 1257.26' TO A POINT ON THE SOUTHERLY LINE OF SAID N/2 OF THE NE/4 OF SECTION 29; THENCE S 89°58'16" W ALONG SAID SOUTHERLY LINE FOR 1024.30'; THENCE DUE NORTH FOR 201.07'; THENCE DUE WEST FOR 175.34'; THENCE DUE NORTH FOR 405.44' TO A POINT OF CURVE; THENCE NORTHERLY AND NORTHEASTERLY ALONG A CURVE TO THE RIGHT WITH A CENTRAL ANGLE OF 37°44'12" AND A RADIUS OF 125.00' FOR 82.33' TO A POINT OF TANGENCY; THENCE N 37°44'12" E ALONG SAID TANGENCY FOR 178.50' TO A POINT OF CURVE; THENCE NORTHEASTERLY AND NORTHERLY ALONG A CURVE TO THE LEFT WITH A CENTRAL ANGLE OF 37°44'12" AND A RADIUS OF 175.00' FOR 115.26' TO A POINT OF TANGENCY; THENCE DUE NORTH ALONG SAID TANGENCY FOR 326.49' TO A POINT ON THE SOUTHERLY RIGHT-OF-WAY LINE OF EAST APACHE STREET; THENCE DUE EAST ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE BEING 60' SOUTHERLY OF AND PARALLEL WITH THE NORTHERLY LINE OF SECTION 29 FOR 1023.79' TO THE "POINT OF BEGINNING" OF SAID TRACT OF LAND.

THE ABOVE DESCRIBED TRACT OF LAND CONTAINS 1,385,562 SQUARE FEET OR 31.8081 ACRES.

B6B (Official Form 6B) (12/07)

In re    **Penloyd, LLC**                                                    ,        Case No. _____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Unknown. Debtor believes there is some information on this which would be in the possession of the Receiver. The Receiver may have liquidated assets in this category. In the event that the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA. The only information that Debtor has is through 2009.* | - | *Unknown* |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | *Unknown. Debtor believes there is some information on this which would be in the possession of the Receiver. In the event that the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA. The only information that Debtor has is through January 2009.* | - | *Unknown* |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Unknown. Debtor believes that is some information on this which would be in the possession of the Receiver. In the event that the Debtor gains access to the data in possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA. The only information that Debtor has is through January 2009.* | - | *Unknown* |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Debtor believes there is some information on this which would be in the possession of the Receiver. In the event that the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA. The only information that Debtor has is through January 2009.* | - | *Unknown* |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Penloyd, LLC**
_____ ,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *None. Debtor believes there is some information on this which would be in the possession of the Receiver. In the event that the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA. The only information that Debtor has is through January 2009.* | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *None. Company provided 401k plan, it was fully funded; however, company had no interest in any plan asset.* | - | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | *See attached Exhibit B-16.  Subject to any collections received by the Receiver.* | - | *Unknown* |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >                                    *0.00*
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Penloyd, LLC**                                                                ,   Case No. _____
                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | *Unknown.  Debtor believes there is some information on this which would be in the possession of the Receiver.  In the event taht the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA.  The only information that Debtor has is through January 2009.* | - | *Unknown* |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | *Vehicles See Attached Exhibit B-25* | - | *Unknown* |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *Debtor believes there is some information on this which would be in the possession of the Receiver. In the event that the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA.  The only information that Debtor has is through January 2009.* | - | *Unknown* |

Sub-Total >                       *0.00*
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Penloyd, LLC**                                                                   ,     Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | *Unknown. Debtor believes there is some information on this which would be in the possession of the Receiver. The Receiver may have liquidated assets in this category. In the event that the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA. The only information that Debtor has is through January 2009.* | - | *Unknown* |
| 30. Inventory. | | *Unknown. Debtor believes there is some information on this which would be in the possession of the Receiver. The Receiver may have liquidated assets in this category. In the event that the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA. The only information that Debtor has is through January 2009.* | - | *Unknown* |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | *Unknown. Debtor believes there is some information on this which would be in the possession of the Receiver. The Receiver may have liquidated assets in this category. In the event that the Debtor gains access to teh data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA. The only information that Debtor has is through January 2009.* | - | *Unknown* |

| | |
|---|---|
| Sub-Total > | *0.00* |
| (Total of this page) | |
| Total > | *0.00* |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

## EXHIBIT "A"

### LIST OF VEHICLES

2007 Ford F66 IC (VIN 3FRNX65N17V518339)
2007 FORD F66 IC (VIN 3FRNX65N27V508600)
2005 CHEV SC3 CB (VIN 1GBJC34245E312653)
1999 CHEV 3HD CB (VIN 1GBKC34J3XF060712)
1997 CHEV GC3 CB (VIN 1GBHC34J3VF008441)
1997 CHEV GC2 PK (VIN 1GCFC24R0VZ134077)
1996 WILKEN TRL TRL (VIN 1W92M4829TS077715)
1996 WILKEN 48FT TRLR (VIN 1W92M2818TS077717)
1996 WILKIN 48FT TRLR (VIN 1W92M2818TS077717)
1989 CHEV GC3 PK (VIN 1GCGC34N5KE156361)
1985 MONO 28FT TRLR (VIN 1NNFT4829FM098296)
1961 FRUE TRLR (VIN MEB149002)

B6D (Official Form 6D) (12/07)

In re  **Penloyd, LLC**                                                      , Case No. _____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W   J C | | | | | | |
| Account No. | | | *All tangible assets of Debtor.* | | | | | |
| **F&M Bank** **1330 S. Harvard** **Tulsa, OK 74112** | | - | | | | | | |
| | | | Value $          *Unknown* | | | | *6,384,045.30* | *Unknown* |
| Account No. *x3346* | | | *2008* *All tangible assets of Debtor.* | | | | | |
| **F&M Bank** **1330 South Harvard** **Tulsa, OK 74112** | | - | | | | | | |
| | | | Value $          *Unknown* | | | | *282,202.69* | *Unknown* |
| Account No. *xx3511* | | | *2008* *All tangible assets of Debtor.* | | | | | |
| **F&M Bank** **1330 South Harvard** **Tulsa, OK 74112** | | - | | | | | | |
| | | | Value $          *Unknown* | | | | *5,952,504.68* | *Unknown* |
| Account No. *x3991* | | | *2008* *All tangible assets of Debtor* | | | | | |
| **F&M Bank** **1330 South Harvard** **Tulsa, OK 74112** | | - | | | | | | |
| | | | Value $          *Unknown* | | | | *1,390,780.23* | *Unknown* |

___0___  continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **14,009,532.90** | *0.00* |
| Total (Report on Summary of Schedules) | **14,009,532.90** | *0.00* |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                     Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re **Penloyd, LLC**                                                           Case No. _____
                                                    ,
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___24___ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Penloyd, LLC** _____,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

_Domestic Support Obligations_

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. *Penloyd* <br><br> **California Disbursement Office Department of Child Support Services P.O. Box 419064 Rancho Cordova, CA 95741-9064** | | - | | **2008** <br><br> **Garnishment for child support** | | | X | 114.28 | 0.00 <br><br> 114.28 |
| Account No. *Penloyd* <br><br> **Love Beal & Nixon, P.C. 6621 North Meridian Avenue Oklahoma City, OK 73116** | | - | | **2008** <br><br> **Ganishment** | | | X | 436.53 | 0.00 <br><br> 436.53 |
| Account No. *Penloyd* <br><br> **Oklahoma Department of Human Services P.O. Box 25352 Oklahoma City, OK 73125** | | - | | **2008** <br><br> **Garnishment** | | | X | 1,172.15 | 0.00 <br><br> 1,172.15 |
| Account No. *Penloyd* <br><br> **State of New Mexico New Mexica Human Services Department 2009 South Pacheco, Pollon Plaza Santa Fe, NM 87504** | | - | | **2008** <br><br> **Garnishment for child support** | | | X | 300.00 | 0.00 <br><br> 300.00 |
| Account No. | | | | | | | | | |

Sheet __1__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 2,022.96 | 0.00 <br> 2,022.96 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Penloyd, LLC** _____,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Penloyd** <br><br> **ALEX PALMER** <br> **3903 North Lansing Place** <br> **TULSA, Ok 74106** | | - | | **2008** <br><br> **Trade Debt** | | X | | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. **Penloyd** <br><br> **ALFRED RUFFIN** <br> **11880 East 16th Street** <br> **TULSA, OK 74128** | | - | | **2008** <br><br> **WARN Claim** | | X | | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. **Penloyd** <br><br> **ANGELAN HETTINGER** <br> **109 East Charlotte** <br> **BROKEN ARROW, OK 74011** | | - | | **2008** <br><br> **WARN Claim** | | X | | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. **PENLOYD** <br><br> **ARTURO GONZALEZ - RODRIQUEZ** <br> **2323 SOUTH OLYMPIA AVENUE** <br> **Tulsa, OK 74107** | | - | | **2008** <br><br> **WARN Claim** | | X | | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. **Penloyd** <br><br> **BETTY BERNARD** <br> **28861 East 141st Street** <br> **Unit C** <br> **Coweta, OK 74429** | | - | | **2008** <br><br> **WARN Claim** | | X | | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **0.00** |

Sheet __2__ of __24__ continuation sheets attached to          Subtotal                          | **0.00** |
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)    **0.00**    | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Penloyd, LLC**_____,      Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. *Penloyd* <br><br> **BILLY KROUSE** <br> **455 North 256 Road** <br> **Mounds, OK 74047** | | - | 2008 <br><br> WARN Claim | | X | | Unknown | Unknown | 0.00 |
| Account No. *Penloyd* <br><br> **BILLY PORTER** <br> **13404 North 87th East Avenue** <br> **Collinsville, OK 74021** | | - | 2008 <br><br> WARN Claim | | X | | Unknown | Unknown | 0.00 |
| Account No. *Penloyd* <br><br> **BOBBY GREEN** <br> **1203 North Phoenix** <br> **TULSA, OK 74127** | | - | 2008 <br><br> WARN Claim | | X | | Unknown | Unknown | 0.00 |
| Account No. *PENLOYD* <br><br> **BRENDA HALL** <br> **1007 NORTH CLEVELAND** <br> **Sand Springs, OK 74063** | | - | 2008 <br><br> WARN Claim | | X | | Unknown | Unknown | 0.00 |
| Account No. *PENLOYD* <br><br> **CHARLES WILLIAMS** <br> **1824 NORTH COLUMBIA PLACE** <br> **Tulsa, OK 74110** | | - | 2008 <br><br> WARN Claim | | X | | Unknown | Unknown | 0.00 |

Sheet __3__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Penloyd, LLC**_____,   Case No. _____

                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

*Wages, salaries, and commissions*

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Penloyd** <br><br> **CLINTON GENEVA** <br> **28549 East 140th Street South** <br> **Coweta, OK 74429** | - | | **2008** <br><br> **WARN Claim** | | X | | **Unknown** | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. **Penloyd** <br><br> **CODY STANKE** <br> **P. O. Box 191** <br> **Schulter, OK 74460** | - | | **2008** <br><br> **WARN Claim** | | X | | **Unknown** | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. **Penloyd** <br><br> **CORTIS CROSBY** <br> **20050 South Limestone Drive** <br> **CLAREMORE, OK 74018** | - | | **2008** <br><br> **WARN Claim** | | X | | **Unknown** | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. **Penloyd** <br><br> **CRYSTAL FLEMING** <br> **787 East Pine Place** <br> **TULSA, OK 74106** | - | | **2008** <br><br> **WARN Claim** | | X | | **Unknown** | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. **Penloyd** <br><br> **DANIEL BLACK** <br> **36 East 53rd Street** <br> **Tulsa, OK 74105** | - | | **2008** <br><br> **WARN Claim** | | X | | **Unknown** | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |

Sheet __4__ of __24__ continuation sheets attached to          Subtotal          **0.00**
Schedule of Creditors Holding Unsecured Priority Claims   (Total of this page)   **0.00**      **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Penloyd, LLC**
_____,          Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

*Wages, salaries, and commissions*

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. *Penloyd*<br><br>**DARIS LENARD**<br>**1610 South 108th East Avenue**<br>**Tulsa, OK 74128** | - | | *2008*<br><br>**WARN Claim** | | X | | **Unknown** | **Unknown**<br><br>**0.00** |
| Account No. *Penloyd*<br><br>**DEAN JESTER**<br>**28007 Forest Ridge Road**<br>**Sand Springs, OK 74063** | - | | *2008*<br><br>**WARN Claim** | | X | | **Unknown** | **Unknown**<br><br>**0.00** |
| Account No. **PENLOYD**<br><br>**DENNIS MILLSPAUGH**<br>**P.O. BOX 246**<br>**Kansas, OK 74347** | - | | *2008*<br><br>**WARN Claim** | | X | | **Unknown** | **Unknown**<br><br>**0.00** |
| Account No. **PENLOYD**<br><br>**DENNIS SPICER**<br>**11011 SOUTH 33RD WEST AVENUE**<br>**Sapulpa, OK 74066** | - | | *2008*<br><br>**WARN Claim** | | X | | **Unknown** | **Unknown**<br><br>**0.00** |
| Account No. *Penloyd*<br><br>**DEXTER EDWARDS**<br>**1622 East 55th Place**<br>**TULSA, OK 74105** | - | | *2008*<br><br>**WARN Claim** | | X | | **Unknown** | **Unknown**<br><br>**0.00** |

Sheet __5__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

|  |
|---|
| *0.00* |
| *0.00*     *0.00* |

B6E (Official Form 6E) (12/07) - Cont.

In re    **Penloyd, LLC**                                                                  ,        Case No. _____

                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Penloyd** <br><br> **DON TURNER** <br> **13036 East 27th Street** <br> **TULSA, OK 74134** | | - | 2008 <br><br> **WARN Claim** | | X | | | **Unknown** | |
| | | | | | | | **Unknown** | | **0.00** |
| Account No. **PENLOYD** <br><br> **DONALD JARVIS** <br> **78 SOUTH 204TH EAST AVENUE** <br> **Tulsa, OK 74108** | | - | 2008 <br><br> **WARN Claim** | | X | | | **Unknown** | |
| | | | | | | | **Unknown** | | **0.00** |
| Account No. **Penloyd** <br><br> **DONALD LITTLE** <br> **15168 West 101st** <br> **Sapulpa, OK 74066** | | - | 2008 <br><br> **WARN Claim** | | X | | | **Unknown** | |
| | | | | | | | **Unknown** | | **0.00** |
| Account No. **Penloyd** <br><br> **DOUGLAS FANKHOUSER** <br> **8202 North 118th East Avenue** <br> **Owasso, OK 74055** | | - | 2008 <br><br> **WARN Claim** | | X | | | **Unknown** | |
| | | | | | | | **Unknown** | | **0.00** |
| Account No. **Penloyd** <br><br> **EDWARD ROBINSON** <br> **6209 South 449th West Avenue** <br> **Jennings, OK 74038** | | - | 2008 <br><br> **WARN Claim** | | X | | | **Unknown** | |
| | | | | | | | **Unknown** | | **0.00** |

Sheet __6__ of __24__ continuation sheets attached to                Subtotal           **0.00**
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)    **0.00**        **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                         Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Penloyd, LLC** _____,   Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **PENLOYD**<br><br>**GARLAND ALLEN**<br>**2114 North Madison Avenue**<br>**Tulsa, OK 74106** | - | | **2008**<br><br>**WARN Claim** | | X | | *Unknown*<br><br>*Unknown* | *Unknown*<br><br>*0.00* |
| Account No. **PENLOYD**<br><br>**GARY GOAD**<br>**1845 SOUTH 138TH EAST AVENUE**<br>**Tulsa, OK 74108** | - | | **2008**<br><br>**WARN Claim** | | X | | *Unknown*<br><br>*Unknown* | *Unknown*<br><br>*0.00* |
| Account No. **PENLOYD**<br><br>**GERALD EILERS**<br>**2234 SOUTH INDIANAPOLIS AVENUE**<br>**Tulsa, OK 74114** | - | | **2008**<br><br>**WARN Claim** | | X | | *Unknown*<br><br>*Unknown* | *Unknown*<br><br>*0.00* |
| Account No. **Penloyd**<br><br>**GLENDA ROBINSON**<br>**9016 West 620 Road**<br>**Inola, OK 74036** | - | | **2008**<br><br>**WARN Claim** | | X | | *Unknown*<br><br>*Unknown* | *Unknown*<br><br>*0.00* |
| Account No. **Penloyd**<br><br>**GLENN C. WILLIS**<br>**2514 East 47th Place North**<br>**TULSA, OK 74130** | - | | **2008**<br><br>**WARN Claim** | | X | | *Unknown*<br><br>*Unknown* | *Unknown*<br><br>*0.00* |

Sheet __7__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| *0.00* | |
| *0.00* | *0.00* |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Penloyd, LLC**                                                                ,      Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **Penloyd**<br><br>**GREGORY EIDSCHUN**<br>**25025 South Willow**<br>**CLAREMORE, OK 74017** | | - | **2008**<br><br>**WARN Claim** | | X | | Unknown | **Unknown**<br><br>0.00 |
| Account No. **Penloyd**<br><br>**GREGORY THOMPSON**<br>**P.O. Box 6066**<br>**TULSA, OK 74148** | | - | **2008**<br><br>**WARN Claim** | | X | | Unknown | **Unknown**<br><br>0.00 |
| Account No. **PENLOYD**<br><br>**JAMES CREEKMORE**<br>**RT 3, BOX 189-2**<br>**Cleveland, OK 74020** | | - | **2008**<br><br>**WARN Claim** | | X | | Unknown | **Unknown**<br><br>0.00 |
| Account No. **Penloyd**<br><br>**JAMES MILLER**<br>**2001 West 63rd**<br>**Tulsa, OK 74132** | | - | **2008**<br><br>**WARN Claim** | | X | | Unknown | **Unknown**<br><br>0.00 |
| Account No. **PENLOYD**<br><br>**JEFF JOHNSON**<br>**1311 SOUTH DARLINGTON AVENUE**<br>**Tulsa, OK 74112** | | - | **2008**<br><br>**WARN Claim** | | X | | Unknown | **Unknown**<br><br>0.00 |

Sheet __8__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                                            | 0.00 |
(Total of this page)                          0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Penloyd, LLC** , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

*Wages, salaries, and commissions*

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. *Penloyd* <br><br> **JEFFREY DUNHAM** <br> **58403 Berryhill Road** <br> **Jennings, OK 74038** | | - | 2008 <br><br> WARN Claim | | X | | *Unknown* | *Unknown* | *0.00* |
| Account No. *PENLOYD* <br><br> **JEFFREY MARQUETTE** <br> **1642 EAST 73RD STREET NORTH** <br> **Tulsa, OK 74126** | | - | 2008 <br><br> WARN Claim | | X | | *Unknown* | *Unknown* | *0.00* |
| Account No. *Penloyd* <br><br> **JERRY WHITE** <br> **29800 South 4100 Road** <br> **Catoosa, OK 74015** | | - | 2008 <br><br> WARN Claim | | X | | *Unknown* | *Unknown* | *0.00* |
| Account No. *Penloyd* <br><br> **JIMMIE TAYLOR** <br> **19915 East 47th Street** <br> **BROKEN ARROW, OK 74014** | | - | 2008 <br><br> WARN Claim | | X | | *Unknown* | *Unknown* | *0.00* |
| Account No. *Penloyd* <br><br> **JOHN POPESCZI** <br> **1216 East Jackson Avenue** <br> **Sapulpa, OK 74066** | | - | 2008 <br><br> WARN Claim | | X | | *Unknown* | *Unknown* | *0.00* |

Sheet __9__ of __24__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | *0.00* | *0.00* | *0.00*

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re   **Penloyd, LLC**                                        ,          Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

*Wages, salaries, and commissions*
                                                                 TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Penloyd**<br><br>**JOHN RUBOTTOM**<br>**9004 North 134th East Avenue**<br>**Owasso, OK 74055** | | - | **2008**<br><br>**WARN Claim** | | X | | *Unknown*<br><br>*Unknown* | *Unknown*<br><br>*0.00* |
| Account No. **Penloyd**<br><br>**JOHN TACKETT**<br>**1248 North Toledo**<br>**TULSA, OK 74115** | | - | **2008**<br><br>**WARN Claim** | | X | | *Unknown*<br><br>*Unknown* | *Unknown*<br><br>*0.00* |
| Account No. **Penloyd**<br><br>**JOHNNY ALLEN**<br>**613 South Guthrie**<br>**#55**<br>**Coweta, OK 74429** | | - | **2008**<br><br>**WARN Claim** | | X | | *Unknown*<br><br>*Unknown* | *Unknown*<br><br>*0.00* |
| Account No. **Penloyd**<br><br>**JOHNNY GILLIAM**<br>**514 West Fort Worth**<br>**BROKEN ARROW, OK 74012** | | - | **2008**<br><br>**WARN Claim** | | X | | *Unknown*<br><br>*Unknown* | *Unknown*<br><br>*0.00* |
| Account No. **Penloyd**<br><br>**JOHNNY KROUSE**<br>**2652 East 191st Street South**<br>**Mounds, OK 74047** | | - | **2008**<br><br>**WARN Claim** | | X | | *Unknown*<br><br>*Unknown* | *Unknown*<br><br>*0.00* |

Sheet __10__ of __24__ continuation sheets attached to           Subtotal           *0.00*
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)    *0.00*          *0.00*

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Penloyd, LLC**                                                  ,          Case No. _____
                                              **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

*Wages, salaries, and commissions*

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. *Penloyd*<br><br>**JOSEPH FREITUS**<br>**2474 South 127th East Avenue**<br>**TULSA, OK 74129** | | - | | *2008*<br><br>**WARN Claim** | | X | | *Unknown*<br><br>*Unknown* | *Unknown*<br><br>*0.00* |
| Account No. *Penloyd*<br><br>**KENT DAUGHERTY**<br>**253 East 41st Street**<br>**#15 D**<br>**Sand Springs, OK 74063** | | - | | *2008*<br><br>**WARN Claim** | | X | | *Unknown*<br><br>*Unknown* | *Unknown*<br><br>*0.00* |
| Account No. *PENLOYD*<br><br>**LARRY CARLILE**<br>**4451 WEST 1ST**<br>**Tulsa, OK 74127** | | - | | *2008*<br><br>**WARN Claim** | | X | | *Unknown*<br><br>*Unknown* | *Unknown*<br><br>*0.00* |
| Account No. *PENLOYD*<br><br>**LOUIS RUFFIN**<br>**10604 EAST 4TH STREET**<br>**Tulsa, OK 74128** | | - | | *2008*<br><br>**WARN Claim** | | X | | *Unknown*<br><br>*Unknown* | *Unknown*<br><br>*0.00* |
| Account No. *Penloyd*<br><br>**LYLE MITCHELL**<br>**Rt. 2, Box 402-9**<br>**Cleveland, OK 74020** | | - | | *2008*<br><br>**WARN Claim** | | X | | *Unknown*<br><br>*Unknown* | *Unknown*<br><br>*0.00* |

Sheet __11__ of __24__ continuation sheets attached to                                    Subtotal                    *0.00*
Schedule of Creditors Holding Unsecured Priority Claims                         (Total of this page)       *0.00*          *0.00*

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Penloyd, LLC**
_____ ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Penloyd** <br><br> **LYNDLE BILLINGS** <br> **P.O. Box 714** <br> **Stroud, OK 74079** | | - | 2008 <br><br> **WARN Claim** | | X | | **Unknown** | **Unknown** | **0.00** |
| Account No. **Penloyd** <br><br> **MARK HAILEY** <br> **8968 East 14th Street** <br> **TULSA, OK 74112** | | - | 2008 <br><br> **WARN Claim** | | X | | **Unknown** | **Unknown** | **0.00** |
| Account No. **Penloyd** <br><br> **MATTHEW LENARD** <br> **20154 East 3rd Street** <br> **Tulsa, OK 74108** | | - | 2008 <br><br> **WARN Claim** | | X | | **Unknown** | **Unknown** | **0.00** |
| Account No. **PENLOYD** <br><br> **MICHAEL GEETER** <br> **559 EAST READING STREET** <br> **Tulsa, OK 74106** | | - | 2008 <br><br> **WARN Claim** | | X | | **Unknown** | **Unknown** | **0.00** |
| Account No. **PENLOYD** <br><br> **MICHAEL J. BAKER** <br> **13612 EAST 24TH STREET** <br> **Tulsa, OK 74134** | | - | 2008 <br><br> **WARN Claim** | | X | | **Unknown** | **Unknown** | **0.00** |

Sheet __12__ of __24__ continuation sheets attached to            Subtotal             **0.00**
Schedule of Creditors Holding Unsecured Priority Claims       (Total of this page)   **0.00**    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re   **Penloyd, LLC**                                                                 ,          Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **PENLOYD** <br><br>**PAUL HOLLADAY** <br>**3102 SOUTH 131ST EAST AVENUE** <br>**#116** <br>**Tulsa, OK 74134** | | - | **2008** <br><br>**WARN Claim** | | X | | **Unknown** | **Unknown** | **0.00** |
| Account No. **Penloyd** <br><br>**PAUL STODDARD** <br>**3738 South 26th West Avenue** <br>**TULSA, OK 74107** | | - | **2008** <br><br>**WARN Claim** | | X | | **Unknown** | **Unknown** | **0.00** |
| Account No. **PENLOYD** <br><br>**PHILLIP THOMPSON** <br>**7419 EAST 22ND PLACE** <br>**Tulsa, OK 74129** | | - | **2008** <br><br>**WARN Claim** | | X | | **Unknown** | **Unknown** | **0.00** |
| Account No. **Penloyd** <br><br>**RANDALL PHILLIPS** <br>**12128 East 21st** <br>**TULSA, OK 74129** | | - | **2008** <br><br>**WARN Claim** | | X | | **Unknown** | **Unknown** | **0.00** |
| Account No. **Penloyd** <br><br>**RAYMOND POLLARD** <br>**291 East 51st North** <br>**Tulsa, OK 74126** | | - | **2008** <br><br>**WARN Claim** | | X | | **Unknown** | **Unknown** | **0.00** |

Sheet __13__ of __24__ continuation sheets attached to                 Subtotal                           | **0.00** |
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)   **0.00**   **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Penloyd, LLC**                                                      ,        Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Penloyd** <br><br> **ROBERT KELLER** <br> **317 South 119th East Avenue** <br> **Tulsa, OK 74128** | | - | **2008** <br><br> **WARN Claim** | | X | | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. **Penloyd** <br><br> **ROBERT MILLER** <br> **393951 West 2463 Drive** <br> **Ochelata, OK 74051** | | - | **2008** <br><br> **WARN Claim** | | X | | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. **Penloyd** <br><br> **ROBERT ZELLERS** <br> **P.O. Box 691895** <br> **TULSA, OK 74169** | | - | **2008** <br><br> **WARN Claim** | | X | | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. **Penloyd** <br><br> **RON WHALEN** <br> **203 North 2nd** <br> **Chouteau, OK 74337** | | - | **2008** <br><br> **WARN Claim** | | X | | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. **Penloyd** <br><br> **RYAN HASLETT** <br> **11705 East Elm Street** <br> **CLAREMORE, OK 74019** | | - | **2008** <br><br> **WARN Claim** | | X | | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **0.00** |

Sheet __14__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | |
| **0.00** | **0.00** |

B6E (Official Form 6E) (12/07) - Cont.

In re __Penloyd, LLC_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

*Wages, salaries, and commissions*

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **PENLOYD** <br><br> **SAM MCCLAIN** <br> **17385 ANDERSON ROAD** <br> **Sand Springs, OK 74063** | | - | **2008** <br><br> **WARN Claim** | | X | | **Unknown** | **Unknown** <br><br> 0.00 |
| Account No. **PENLOYD** <br><br> **SANDRA MARTIN** <br> **1642 EAST 73RD STREET NORTH** <br> **Tulsa, OK 74126** | | - | **2008** <br><br> **WARN Claim** | | X | | **Unknown** | **Unknown** <br><br> 0.00 |
| Account No. **Penloyd** <br><br> **SPENCER WILLIAMS** <br> **10544 East Admiral Place** <br> **TULSA, OK 74116** | | - | **2008** <br><br> **WARN Claim** | | X | | **Unknown** | **Unknown** <br><br> 0.00 |
| Account No. **Penloyd** <br><br> **STANLEY PEARCY** <br> **816 South 49th West Avenue** <br> **Tulsa, OK 74127** | | - | **2008** <br><br> **WARN Claim** | | X | | **Unknown** | **Unknown** <br><br> 0.00 |
| Account No. **Penloyd** <br><br> **STEPHEN PENROD** <br> **1533 South Columbia Place** <br> **TULSA, OK 74104** | | - | **2008** <br><br> **WARN Claim** | | X | | **Unknown** | **Unknown** <br><br> 0.00 |

Sheet __15__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Penloyd, LLC**                                                          ,      Case No. _____

                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

                                                                                    **Wages, salaries, and commissions**

                                                                                    TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Penloyd** <br><br> **STEVE DEAL** <br> **19828 East 4th Street** <br> **TULSA, OK 74108** | | - | 2008 <br><br> **WARN Claim** | | X | | <br><br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. **PENLOYD** <br><br> **TAMANTHA CHRISTOPHER** <br> **1578 East 68th Street** <br> **Tulsa, OK 74136** | | - | 2008 <br><br> **WARN Claim** | | X | | <br><br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. **Penloyd** <br><br> **TERRY KRAJICEK** <br> **8123 Glenside Lane** <br> **TULSA, OK 74131** | | - | 2008 <br><br> **WARN Claim** | | X | | <br><br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. **Penloyd** <br><br> **THOMAS ALLEN** <br> **RT 8, BOX 502** <br> **Tulsa, OK 74126** | | - | 2008 <br><br> **WARN Claim** | | X | | <br><br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. **PENLOYD** <br><br> **THOMAS WHITEN** <br> **536 SOUTH 46 WEST AVENUE** <br> **Tulsa, OK 74127** | | - | 2008 <br><br> **WARN Claim** | | X | | <br><br><br> **Unknown** | **Unknown** <br><br> **0.00** |

Sheet __16__ of __24__ continuation sheets attached to          Subtotal                      **0.00**
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)      **0.00**      **0.00**

B6E (Official Form 6E) (12/07) - Cont.

In re    **Penloyd, LLC**                                                                                                ,     Case No. _____
                                              **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **PENLOYD** <br><br> **TIMOTHY RIDENHOUR** <br> **3603 EAST KING** <br> **Tulsa, OK 74115** | | - | | **2008** <br><br> **WARN Claim** | | X | | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **TONY MORTIMER** <br> **3320 EAST HASKELL STREET** <br> **Tulsa, OK 74115** | | - | | **WARN Claim** | | X | | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. **Penloyd** <br><br> **VINCENT PURCELL** <br> **9681 South 4080 Road** <br> **Talala, OK 74080** | | - | | **2008** <br><br> **WARN Claim** | | X | | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. **Penloyd** <br><br> **WILLIAM BEATTIE** <br> **1334 North Joplin** <br> **TULSA, Ok 74115** | | - | | **2008** <br><br> **WARN Claim** | | X | | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. **PENLOYD** <br><br> **WILLIAM MATTHEWS** <br> **29 SOUTH 105 EAST PLACE** <br> **Tulsa, OK 74128** | | - | | **2008** <br><br> **WARN Claim** | | X | | **Unknown** <br><br> **Unknown** | **Unknown** <br><br> **0.00** |

Sheet __17__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal <br> (Total of this page) | **0.00** <br> **0.00** | **0.00** |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **Penloyd, LLC**
_____,      Case No. _____
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. *Penloyd* **WILLIAM MCCLELLAN** 14824 North Lewis Skiatook, OK 74070 | | - | *2008* *WARN Claim* | | X | | *Unknown* | *Unknown* *0.00* |
| Account No. **PENLOYD** **WILLIE GAINES** 11804 East 21st Place Tulsa, OK 74129 | | - | *2008* *WARN Claim* | | X | | *Unknown* | *Unknown* *0.00* |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __18__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

*0.00*
*0.00*        *0.00*        *0.00*

B6E (Official Form 6E) (12/07) - Cont.

In re **Penloyd, LLC** _____ ,          Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Colorado Department of Revenue**<br>**1375 Sherman Street**<br>**Denver, CO 80261-0013** | - | | 2008<br><br>Sales Taxes | | | X | 308.57 | 0.00 | 308.57 |
| Account No.<br><br>**Florida Department of Revenue**<br>**5050 West Tennessee Street**<br>**Building 2**<br>**Tallahassee, FL 32399-0102** | - | | 2008<br><br>Sales Taxes | | | X | 41,460.23 | 0.00 | 41,460.23 |
| Account No.<br><br>**Georgia Department of Revenue**<br>**Sales and Use Tax Division**<br>**P.O. Box 105408**<br>**Atlanta, GA 30348-5408** | - | | 2008<br><br>Sales Taxes | | | X | 92.18 | 0.00 | 92.18 |
| Account No. **Penloyd**<br><br>**Guangdong United Intellectus Law Firm**<br>**Suite 1501-02, North Tower**<br>**Guangzhou World Trade Center**<br>**371-375 E. Huanshi Road**<br>**Guangzhou, CN 510095** | - | | 2008<br><br>Chinese Taxes | | | X | Unknown | Unknown | 0.00 |
| Account No.<br><br>**Internal Revenue Service**<br>**Austin, TX 73301** | - | | 2008<br><br>Taxes | | | X | 150.00 | 150.00 | 0.00 |

Sheet __19__ of __24__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal<br>(Total of this page) | 150.00<br>42,010.98 | 41,860.98 |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Penloyd, LLC**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Penloyd** **Internal Revenue Service** **Kansas City, MO 64999-0002** | | - | 2008 **Taxes** | | | X | 40.00 | 0.00 / 40.00 |
| Account No. **Iowa Department of Revenue** **Sales and Use Tax Disvision** **P.O. Box 10412** **Des Moines, IA 50306-0412** | | - | 2008 **Sales Taxes** | | | X | 60.41 | 0.00 / 60.41 |
| Account No. **Kansas Department of Revenue** **Sales and Use Tax** **915 SW Harrison Street** **Topeka, KS 66625-5000** | | - | 2008 **Sales Taxes** | | | X | 116.56 | 0.00 / 116.56 |
| Account No. **Louisiana Department of Revenue** **P.O. Box 3138** **Baton Rouge, LA 70821-3138** | | - | 2008 **Sales Taxes** | | | X | 17,518.22 | 0.00 / 17,518.22 |
| Account No. **Missouri Department of Revenue** **Taxation Department** **P.O. Box 840** **Jefferson City, MO 65105-0840** | | - | 2008 **Sales Taxes** | | | X | 11,436.57 | 0.00 / 11,436.57 |

Sheet __20__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| Subtotal | 0.00 |
| 29,171.76 | 29,171.76 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **Penloyd, LLC**                                                                 ,     Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | 2008 | | | | | |
| **Montana Department of Revenue** P. O. Box 5805 Helena, MT 59604-5805 | - | | | Sales Taxes | | | X | | **Unknown** |
| | | | | | | | | **Unknown** | 0.00 |
| Account No. | | | | 2008 | | | | | |
| **North Carolina Department of Revenue** P.O. Box 25000 Raleigh, NC 27640-0700 | - | | | Sales Taxes | | | X | | 0.00 |
| | | | | | | | | 10,702.38 | 10,702.38 |
| Account No. | | | | 2008 | | | | | |
| **Ohio Department of Taxation** P.O. Box 16158 Columbus, OH 43216-6158 | - | | | Sales Taxes | | | X | | 0.00 |
| | | | | | | | | 2,800.93 | 2,800.93 |
| Account No. **Penloyd** | | | | 2008 | | | | | |
| **Oklahoma Department of Labor** 440 South Houston, Suite 300 Tulsa, OK 74127 | - | | | Workers' Compensation plan | | | X | | **Unknown** |
| | | | | | | | | **Unknown** | 0.00 |
| Account No. | | | | Sales Taxes | | | | | |
| **Oklahoma Tax Commission** Bankr Sec/Gen Counsel's Ofc P O Box 269060 Oklahoma City, OK 73126-9060 | - | | | | | | X | | 3,071.38 |
| | | | | | | | | 3,071.38 | 0.00 |

Sheet __21__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 3,071.38 |
| (Total of this page) | 16,574.69 | 13,503.31 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Penloyd, LLC**                                                    ,      Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | 2008 | | | | | |
| **South Carolina Department of Revenue** **Sales Tax Return** Columbia, SC 29214-0101 | | - | | **Sales Taxes** | | | X | | 0.00 |
| | | | | | | | | 8,265.46 | 8,265.46 |
| Account No. | | | | 2008 | | | | | |
| **State of Arizona** **Arizona Department of Revenue** **1600 West Monroe** **Phoenix, AZ 85007-2650** | | - | | **Sales Taxes** | | | X | | 0.00 |
| | | | | | | | | 1,326.38 | 1,326.38 |
| Account No. | | | | 2008 | | | | | |
| **State of Arkansas** **Sales Tax and Use Department** **P.O. Box 1272** **Little Rock, AR 72203** | | - | | **Sales Tax** | | | X | | 0.00 |
| | | | | | | | | 1,853.50 | 1,853.50 |
| Account No. | | | | 2008 | | | | | |
| **State of California** **State Board of Equalization** **P.O. Box 942879** **Sacramento, CA 94279** | | - | | **Sales Tax** | | | X | | 0.00 |
| | | | | | | | | 7,427.06 | 7,427.06 |
| Account No. **Penloyd** | | | | 2008 | | | | | |
| **State of Kentucky** **Kentucky Department of Revenue** **Frankfort, KY 40602** | | - | | **Taxes** | | | X | | **Unknown** |
| | | | | | | | | **Unknown** | 0.00 |

Sheet __22__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 18,872.40 | 18,872.40 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Penloyd, LLC**                                                    ,        Case No. _____
                                   Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 | | | | | | |
| State of Nevada Sales and Use Tax P.O. Box 52609 Phoenix, AZ 85072-2609 | | - | Sales Taxes | | | | | 0.00 | |
| | | | | | | | 1,034.84 | | 1,034.84 |
| Account No. | | | 2008 | | | | | | |
| State of Texas Comptroller of Public Accounts P.O. Box 149355 Austin, TX 78714-9355 | | - | Sales Taxes | | | X | | 0.00 | |
| | | | | | | | 32,260.62 | | 32,260.62 |
| Account No. | | | 2008 | | | | | | |
| Tennessee Department of Revenue Andrew Jackson State Office Bldg. 500 Deadrick Street Nashville, TN 37242 | | - | Sales Taxes | | | X | | 0.00 | |
| | | | | | | | 10,153.16 | | 10,153.16 |
| Account No. | | | 2008 | | | | | | |
| Tulsa County 500 South Denver Tulsa, OK 74103 | | - | Real Estate Taxes | | | X | | 0.00 | |
| | | | | | | | 122,424.00 | | 122,424.00 |
| Account No. **Penloyd** | | | 2008 | | | | | | |
| US Department of Education 400 Maryland Avenue, SW Washington, DC 20202 | | - | Garnishment | | | X | | 0.00 | |
| | | | | | | | 100.60 | | 100.60 |

Sheet **23** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| 0.00 | | |
| 165,973.22 | | 165,973.22 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Penloyd, LLC** _____,   Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Utah State Tax Commission**<br>**210 N 1950 W**<br>**Salt Lake City, UT 84134-0180** | | - | **2008**<br>**Sales Taxes** | | | X | 430.88 | 0.00 | 430.88 |
| Account No.<br><br>**Virginia Department of Taxation**<br>**Virginia Retail Sales & Use Tax**<br>**P.O. Box 26626**<br>**Richmond, VA 23261-6626** | | - | **2008**<br>**Sales Taxes** | | | X | 6.45 | 0.00 | 6.45 |
| Account No. **Penloyd**<br><br>**Warren County**<br>**1621 Cedar Circle Drive**<br>**Crestwood, KY 40014** | | - | **2008**<br>**Taxes** | | | X | 134.32 | 0.00 | 134.32 |
| Account No.<br><br>**Wyoming Department of Revenue**<br>**122 West 25th Street**<br>**Cheyenne, WY 82002-0110** | | - | **2008**<br>**Sales Taxes** | | | X | 72.74 | 0.00 | 72.74 |
| Account No. | | | | | | | | | |

Sheet __24__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 644.39 | 0.00<br>644.39 |
| Total<br>(Report on Summary of Schedules) | 275,270.40 | 3,221.38<br>272,049.02 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __**Penloyd, LLC**_____ ,   Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor has primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. *Penloyd* **A-1 FREEMAN** **P O BOX 268869** **AGENT N7215/OKC** **OKLAHOMA CITY, OK 73126** | - | | | | *2008* **Trade Debt** | | | X | *4,246.56* |
| Account No. *Penloyd* **AD MART** **20 Gose Pike** **DANVILLE, KY 40422** | - | | | | *2008* **Trade Debt** | | | X | *178.09* |
| Account No. *Penloyd* **AFC WORLDWIDE** **P O BOX 404992** **ATLANTA, GA 30384-4992** | - | | | | *2008* **Trade Debt** | | | X | *2,850.00* |
| Account No. *Penloyd* **AFLAC** **1932 Wynnton Road** **Columbus, GA 31999-0002** | - | | | | *2008* **Trade Debt** | | | X | *Unknown* |
| __37__  continuation sheets attached | | | | | Subtotal (Total of this page) | | | | *7,274.65* |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        S/N:24578-091215   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Penloyd, LLC_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Penloyd**<br><br>**AFS LOGISTICS, LLC**<br>**P O BOX 18170**<br>**SHREVEPORT, LA 71138-1170** | | - | | **2008**<br>**Trade Debt** | | | X | 23,656.22 |
| Account No. **Penloyd**<br><br>**AIR CLEANING TECHNOLOGIES INC**<br>**1300 West Detroit Street**<br>**BROKEN ARROW, OK 74012** | | - | | **2008**<br>**Trade Debt** | | | X | 12,445.12 |
| Account No. **Penloyd**<br><br>**AIR SYSTEMS & PUMP SOLUTIONS,LLC**<br>**PO BOX 270186**<br>**OKLAHOMA CITY, OK 73137-0186** | | - | | **2008**<br>**Trade Debt** | | | X | 723.85 |
| Account No. **Penloyd**<br><br>**AIRGAS MID AMERICA-BG**<br>**2950 INDUSTRIAL DR**<br>**BOWLING GREEN, KY 42101** | | - | | **2008**<br>**Trade Debt** | | | X | 154.13 |
| Account No. **Penloyd**<br><br>**Airpark Distribution Center**<br>**C/O Coats Commercial Properties, LLC**<br>**9726 East 42nd Street, Suite 100**<br>**Tulsa, OK 74146** | | - | | **2008**<br>**Trade Debt** | | | X | 100,000.00 |

Sheet no. __1___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **136,979.32**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penloyd, LLC**                                                      ,        Case No. _____
                                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Penloyd**<br><br>**ALLEGRA PRINT AND IMAGING**<br>**7707 East 38th Street**<br>**TULSA, OK 74145** | - | | **2008**<br>**Trade Debt** | | | X | 832.98 |
| Account No. **Penloyd**<br><br>**AMADA AMERICA INC**<br>**7025 Firestone Blvd.**<br>**BUENA PARK, CA 90621** | - | | **2008**<br>**Trade Debt** | | | X | 264.52 |
| Account No. **Penloyd**<br><br>**AMERICAN FUNDS DISTRIBUTORS, INC**<br>**ATTN:FINANCE&ACCTG/PLANPREMIER**<br>**PO BOX 659530**<br>**SAN ANTONIO, TX 78265-9911** | - | | **2008**<br>**Trade Debt** | | | X | 125.00 |
| Account No. **Penloyd**<br><br>**AMERICAN LASER INC**<br>**5138 S 94TH E AVE**<br>**TULSA, OK 74145-8172** | - | | **2008**<br>**Trade Debt** | | | X | 125.00 |
| Account No. **Penloyd**<br><br>**AMERICAN WASTE CONTROL INC**<br>**1420 West 35th Street**<br>**TULSA, OK 74107** | - | | **2008**<br>**Trade Debt** | | | X | 8,990.75 |

Sheet no. __2__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          10,338.25

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Penloyd, LLC**_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Penloyd** <br><br> **AMERIGAS** <br> **6200 NEW SAPULPA RD** <br> **TULSA, OK 74131-2435** | - | | | **2008** <br> **Trade Debt** | | | X | 2,144.17 |
| Account No. **Penloyd** <br><br> **AMERIPRIDE LINEN AND APPAREL SERV** <br> **ATTN: JIM PULEO** <br> **122 S 122ND E AVE** <br> **TULSA, OK 74128** | - | | | **2008** <br> **Trade Debt** | | | X | 917.00 |
| Account No. **Penloyd** <br><br> **ANDREA DELEON** <br> **2736 West 66th** <br> **TULSA, OK 74132** | - | | | **2008** <br> **Trade Debt** | | | X | 2,701.08 |
| Account No. **Penloyd** <br><br> **Arch Aluminum & Glass -TU** <br> **4363 South 86th East Avenue** <br> **Tulsa, OK 74145** | - | | | **2008** <br> **Trade Debt** | | | X | 228.90 |
| Account No. **Penloyd** <br><br> **ARCH MIRROR NORTH** <br> **2727 62nd Street** <br> **Bettenford, IA 52722-5575** | - | | | **2008** <br> **Trade Debt** | | | X | 17,213.94 |

Sheet no. __**3**___ of __**37**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **23,205.09**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penloyd, LLC**                                                              ,                Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Penloyd** <br><br> **Atlas Van Lines, Inc.** <br> **1212 ST  GEORGE RD.** <br> **EVANSVILLE, IN 47711** | - | | **2008** <br> **Trade Debt** | | | X | 30,818.81 |
| Account No. **Penloyd** <br><br> **ATRIUM BUYING CORP** <br> **188 COMMERCE BLVD** <br> **JOHNSTOWN, OH 43031** | - | | **2008** <br> **Trade Debt** | | | X | 600.00 |
| Account No. **Penloyd** <br><br> **B & M OIL CO INC** <br> **5731 South 49th West Avenue** <br> **TULSA, OK 74107** | - | | **2008** <br> **Trade Debt** | | | X | 68.31 |
| Account No. **Penloyd** <br><br> **B&M INDUSTRIAL SUPPLY** <br> **26 CORP CT** <br> **BOWLING GREEN, KY 42104** | - | | **2008** <br> **Trade Debt** | | | X | 153.90 |
| Account No. **Penloyd** <br><br> **BILLCO MANUFACTURING** <br> **100 Grandview Blvd.** <br> **ZELIENOPLE, PA 16063-9799** | - | | **2008** <br> **Trade Debt** | | | X | 189.44 |

Sheet no. __4___ of __37__ sheets attached to Schedule of                          Subtotal                      31,830.46
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Penloyd, LLC**_____,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Penloyd**<br><br>**BOGDAN MICHKA**<br>**2409 South 10th Street**<br>**BROKEN ARROW, OK 74012** | - | | | | **2008**<br>**Trade Debt** | | | X | 5.05 |
| Account No. **Penloyd**<br><br>**BROKEN ARROW ELECTRIC SUPPLY**<br>**2350 West Vancouver Street**<br>**TULSA, OK 74102** | - | | | | **2008**<br>**Trade Debt** | | | X | 7.33 |
| Account No. **Penloyd**<br><br>**Broken Arrow Orthopedic**<br>**2950 South Elm Place**<br>**Ste 456**<br>**BROKEN ARROW, OK 74012** | - | | | | **2008**<br>**Trade Debt** | | | X | 266.05 |
| Account No. **Penloyd**<br><br>**BROOKS ALLAN AND ASSOCIATES INC**<br>**413 PARK AVE**<br>**LAKE VILLA, IL 60046** | - | | | | **2008**<br>**Trade Debt** | | | X | 400.57 |
| Account No. **Penloyd**<br><br>**Burnetts Flowers**<br>**4322 E 11 ST**<br>**TULSA, OK 74112** | - | | | | **2008**<br>**Trade Debt** | | | X | 224.76 |

Sheet no. __5___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                903.76

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Penloyd, LLC**                                                  ,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Penloyd** <br><br> **CANFIELD & JOSEPH INC** <br> **6536 E 42ND ST** <br> **TULSA, OK 74145** | - | | **2008** <br> **Trade Debt** | | | X | 1,222.00 |
| Account No. **Penloyd** <br><br> **CARDINAL ALUMINUM CO** <br> **P.O. Box 19987** <br> **LOUISVILLE, KY 40259-0987** | - | | **2008** <br> **Trade Debt** | | | X | 186.15 |
| Account No. **Penloyd** <br><br> **CARTER LUMBER KY 410** <br> **601 TALLMADGE RD** <br> **KENT, OH 44240** | - | | **2008** <br> **Trade Debt** | | | X | 435.39 |
| Account No. **Penloyd** <br><br> **CEDAR CREEK WHLSLE INC** <br> **510 East 2nd Street** <br> **TULSA, OK 74120** | - | | **2008** <br> **Trade Debt** | | | X | 11,147.88 |
| Account No. **Penloyd** <br><br> **CFR** <br> **5314 SOUTH YALE AVE. STE 900** <br> **Tulsa, OK 74135-6270** | - | | **2008** <br> **Trade Debt** | | | X | 9,412.50 |

Sheet no. __6__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                22,403.92

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penloyd, LLC**                                              ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Penloyd**<br><br>**City of Bowling Green**<br>**1001 College Street**<br>**Bowling Green, KY 42101** | - | | **2008**<br>**Trade Debt** | | | X | **Unknown** |
| Account No. **Penloyd**<br><br>**City of Tulsa**<br>**One Technology Center**<br>**175 E. 2nd Street, Suite 690**<br>**Tulsa, OK 74103** | - | | **2008**<br>**Trade Debt** | | | X | **5,400.00** |
| Account No. **Penloyd**<br><br>**CLAREMORE INDUSTRIAL TOOL CO**<br>**9481 E 480 RD**<br>**CLAREMORE, OK 74017** | - | | **2008**<br>**Trade Debt** | | | X | **293.60** |
| Account No. **Penloyd**<br><br>**CMS N AMERICA**<br>**4095 Korona Court SE**<br>**CALEDONIA, MI 49316** | - | | **2008**<br>**Trade Debt** | | | X | **710.70** |
| Account No. **Penloyd**<br><br>**COX COMMUNICATIONS**<br>**PO BOX 22126**<br>**TULSA, OK 74121-2126** | - | | **2008**<br>**Trade Debt** | | | X | **12.16** |

Sheet no. __7__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,416.46**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __**Penloyd, LLC**_____,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. *Penloyd* <br><br> **DAVE KNOCHE** <br> **701 Golfview Way** <br> **BOWLING GREEN, KY 42104** | - | | **2008** <br> **Trade Debt** | | | X | 1,229.51 |
| Account No. *Penloyd* <br><br> **DEANE ALLINSON** <br> **1008 North Henry Street** <br> **Cuero, TX 77954** | - | | **2008** <br> **Trade Debt** | | | X | 225.00 |
| Account No. *Penloyd* <br><br> **DEGORTER INC** <br> **5623 CANNON DR** <br> **MONROE, NC 28110** | - | | **2008** <br> **Trade Debt** | | | X | 59.98 |
| Account No. *Penloyd* <br><br> *Delta Dental* <br> *Corporate Headquarters* <br> *3560 Delta Dental Drive* <br> *Saint Paul, MN 55122* | - | | **2008** <br> **Trade Debt** | | | X | *Unknown* |
| Account No. *Penloyd* <br><br> **DIAMOND SCREW PRODUCTS, INC** <br> **2564 RUSSELLVILLE RD** <br> **BOWLING GREEN, KY 42102** | - | | **2008** <br> **Trade Debt** | | | X | 198.60 |

Sheet no. __8___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     1,713.09

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Penloyd, LLC** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Penloyd**<br><br>**DIANNA EMERSON**<br>**4644 South Gary Place**<br>**TULSA, OK 74105** | - | | | **2008**<br>**Trade Debt** | | | X | 47.00 |
| Account No. **Penloyd**<br><br>**DICK SLANKARD INC**<br>**36 North Guthrie Avenue**<br>**TULSA, OK 74103** | - | | | **2008**<br>**Trade Debt** | | | X | 9,175.50 |
| Account No. **Penloyd**<br><br>**DILLMEIER ENTERPRISES INC**<br>**2903 INDUSTRIAL PARK ROAD**<br>**VAN BUREN, AR 72956** | - | | | **2008**<br>**Trade Debt** | | | X | 564.00 |
| Account No. **Penloyd**<br><br>**Duane Walker**<br>**6202 East 30th Street North**<br>**Tulsa, OK 74115** | - | | | **2008**<br>**Trade Debt** | | | X | 600.00 |
| Account No. **Penloyd**<br><br>**Dynasplint Systems, Inc.**<br>**River Reach, Suite W21**<br>**770 Ritchie Highway**<br>**Severna Park, MD 21146** | - | | | **2008**<br>**Trade Debt** | | | X | 355.50 |

Sheet no. __9__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,742.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Penloyd, LLC** _____, Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Penloyd**<br><br>**EBENISTERIE G D PRO INC**<br>**300 RUE DICKSON**<br>**MONTREAL, QC H1J 2H5** | - | | | **2008**<br>**Trade Debt** | | | X | 4,389.00 |
| Account No. **Penloyd**<br><br>**EMERALD GLEN I LLC**<br>**PO BOX 842600**<br>**KANSAS CITY, MO 64184-2600** | - | | | **2008**<br>**Trade Debt** | | | X | 9,831.81 |
| Account No. **Penloyd**<br><br>**EUGENE H MOORE**<br>**6510 ABRAMS ROAD, STE200**<br>**DALLAS, TX 75231** | - | | | **2008**<br>**Trade Debt** | | | X | 2,449.59 |
| Account No. **Penloyd**<br><br>**EXPRESS TEST CORP**<br>**3227 E. 31ST ST**<br>**SUITE 102**<br>**TULSA, OK 74105-2443** | - | | | **2008**<br>**Trade Debt** | | | X | 3,195.00 |
| Account No. **Penloyd**<br><br>**FABRICATOR,LLC**<br>**28 N HUDSON**<br>**TULSA, OK 74115** | - | | | **2008**<br>**Trade Debt** | | | X | 1,106.25 |

Sheet no. __10__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     20,971.65

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penloyd, LLC**                                              ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Penloyd** <br><br> **FASTENAL CO** <br> **Corporate Headquarters** <br> **2001 Theurer Blvd.** <br> **WINONA, MN 55987-0978** | - | | **2008** <br> **Trade Debt** | | | X | 29.04 |
| Account No. **Penloyd** <br><br> **FedEx Kinko's** <br> **CUSTOMER ADMINISTRATIVE SVCS** <br> **ACCOUNTS RECEIVABLE** <br> **DALLAS, TX 75267-2085** | - | | **2008** <br> **Trade Debt** | | | X | 307.20 |
| Account No. **Penloyd** <br><br> **FLUID SPECIALTIES** <br> **ONE SOUTH 109TH E PL** <br> **TULSA, OK 74128** | - | | **2008** <br> **Trade Debt** | | | X | 74.36 |
| Account No. **Penloyd** <br><br> **FORMWOOD INDUSTRIES** <br> **PO BOX 635275** <br> **CINCINNATI, OH 45263-5275** | - | | **2008** <br> **Trade Debt** | | | X | 7,916.85 |
| Account No. **Penloyd** <br><br> **FUELMAN OF OKLAHOMA** <br> **P.O. Box 21410** <br> **TULSA, OK 74121-1410** | - | | **2008** <br> **Trade Debt** | | | X | 135.14 |

Sheet no. __11__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,462.59**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penloyd, LLC**_____,   Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. *Penloyd* <br><br>**GAINEY TRANSPORTATION SERVICES** <br>**6000 CLAY AVE** <br>**GRAND RAPIDS, MI 49548** | - | | **2008** <br>**Trade Debt** | | | X | **Unknown** |
| Account No. *Penloyd* <br><br>**GARY HALL** <br>**4111 South Sandusky Avenue** <br>**TULSA, OK 74135** | - | | **2008** <br>**Trade Debt** | | | X | **218.35** |
| Account No. *Penloyd* <br><br>**GARY NAIL** <br>**112 East 6th** <br>**Skiatook, OK 74070** | - | | **2008** <br>**Trade Debt** | | | X | **57.33** |
| Account No. *Penloyd* <br><br>**GELLENBECK INSTALLATION INC** <br>**ATTN: PHILLIP GELLENBECK** <br>**6006 LAKESIDE DRIVE** <br>**GUTHRIE, OK 73044** | - | | **2008** <br>**Trade Debt** | | | X | **1,100.00** |
| Account No. *Penloyd* <br><br>**GENERAL DISTRIBUTORS** <br>**PO BOX 396** <br>**WICHITA, KS 67201** | - | | **2008** <br>**Trade Debt** | | | X | **1,876.75** |

Sheet no. __12__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **3,252.43**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Penloyd, LLC** _____,   Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Penloyd**<br><br>**GEORDIE CRUICKSHANK**<br>**11605 South Oswego Avenue**<br>**TULSA, OK 74137** | | - | | **2008**<br>**Trade Debt** | | | X | 334.49 |
| Account No. **Penloyd**<br><br>**GOLDRICH**<br>**BID#1, ZONE JIADE MALUAN IND'L PARK**<br>**TUNG KANG PING SHAN, LONGGANG**<br>**SHENZHEN, CHINA 518030** | | - | | **2008**<br>**Trade Debt** | | | X | 2,118.60 |
| Account No. **Penloyd**<br><br>**GRAINGER**<br>**DEPT 825207194**<br>**PO BOX 419267**<br>**KANSAS CITY, MO 64141-6267** | | - | | **2008**<br>**Trade Debt** | | | X | 1,172.91 |
| Account No. **Penloyd**<br><br>**GRANT THORNTON**<br>**2431 E 61ST ST STE 500**<br>**TULSA, OK 74136** | | - | | **2008**<br>**Trade Debt** | | | X | 11,125.00 |
| Account No. **Penloyd**<br><br>**GRAYBAR ELECTRIC CO INC**<br>**6917 EAST 12TH STREET**<br>**TULSA, OK 74112** | | - | | **2008**<br>**Trade Debt** | | | X | 1,715.77 |

Sheet no. __13__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **16,466.77**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Penloyd, LLC**                                                    ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Penloyd** | | | | | **2008** **Trade Debt** | | | | |
| **GREAT PLAINS COCA COLA** **P.O. BOX 96-0150** **OKLAHOMA CITY, OK 73196-0001** | - | | | | | | | X | |
| | | | | | | | | | 15.00 |
| Account No. **Penloyd** | | | | | **2008** **Trade Debt** | | | | |
| **GRECON INC** **15875 SW 74th Avenue** **TIGARD, OR 97224** | - | | | | | | | X | |
| | | | | | | | | | 406.16 |
| Account No. **Penloyd** | | | | | **2008** **Trade Debt** | | | | |
| **HAFELE AMERICA CO** **P O BOX 75352** **CHARLOTTE, NC 28275** | - | | | | | | | X | |
| | | | | | | | | | 203.06 |
| Account No. **Penloyd** | | | | | **2008** **Trade Debt** | | | | |
| **HASTINGS LIGHTING CO** **1206 Long Beach Avenue** **LOS ANGELES, CA 90021** | - | | | | | | | X | |
| | | | | | | | | | 1,233.31 |
| Account No. **Penloyd** | | | | | **2008** **Trade Debt** | | | | |
| **Health Scope** **27 Corporate Hill Drive** **Little Rock, AR 72205** | - | | | | | | | X | |
| | | | | | | | | | 35,000.00 |

Sheet no. __14__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,857.53

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __**Penloyd, LLC**_____,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. *Penloyd* | | | | *2008* *Trade Debt* | | | | |
| **HESSEL HOLDING CO dba WHITTON SUPPLY PO BOX 2017 OKLAHOMA CITY, OK 73101** | | - | | | | | X | 66.23 |
| Account No. *Penloyd* | | | | *2008* *Trade Debt* | | | | |
| **HOLLOWAY WIRE PO BOX 2670 CATOOSA, OK 74015** | | - | | | | | | 946.96 |
| Account No. *Penloyd* | | | | *2008* *Trade Debt* | | | | |
| **IBT INC PO BOX 411238 KANSAS CITY, MO 64141-1238** | | - | | | | | X | 271.70 |
| Account No. *Penloyd* | | | | *2008* *Trade Debt* | | | | |
| **IKON OFFICE SOLUTIONS Corporate Headquarters 70 VALLEY STRAM PKWY MALVERN, PA 19355** | | - | | | | | X | 7,690.54 |
| Account No. *Penloyd* | | | | *2008* *Trade Debt* | | | | |
| **INITIALLY YOURS, INC 1539 N 105 E. AVE TULSA, OK 74116-1515** | | - | | | | | X | 1,093.22 |

Sheet no. __15__ of __37__ sheets attached to Schedule of          Subtotal          10,068.65
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Penloyd, LLC**_____,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Penloyd** <br><br> **INTERNATIONAL BROKERAGE INC** <br> **4634 East Marginal Way** <br> **SUITE C-120** <br> **SEATTLE, WA 98134** | | - | | | **2008** <br> **Trade Debt** | | | X | **27,203.84** |
| Account No. **Penloyd** <br><br> **INTERNATIONAL HANGER** <br> **PO BOX 1656** <br> **AUSTIN, TX 78759** | | - | | | **2008** <br> **Trade Debt** | | | X | **2,467.92** |
| Account No. **Penloyd** <br><br> **INTERTEK TESTING SERVICES NA INC** <br> **PO BOX 405176** <br> **ATLANTA, GA 30384-5176** | | - | | | **2008** <br> **Trade Debt** | | | X | **10,596.60** |
| Account No. **Penloyd** <br><br> **IRON MOUNTAIN** <br> **PO BOX 915004** <br> **DALLAS, TX 75391-5004** | | - | | | **2008** <br> **Trade Debt** | | | X | **174.21** |
| Account No. **Penloyd** <br><br> **J D YOUNG** <br> **PO BOX 3368** <br> **TULSA, OK 74101-3368** | | - | | | **2008** <br> **Trade Debt** | | | X | **718.77** |

Sheet no. __16__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **41,161.34**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Penloyd, LLC**                                      ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. **Penloyd** | | - | | **2008** **Trade Debt** | | | X | |
| **James Edward Frasier** **Frasier Frasier & Hickman** **1700 SW BLVD** **TULSA, OK 74107** | | | | | | | | **Unknown** |
| Account No. **Penloyd** | | - | | **2008** **Trade Debt** | | | X | |
| **JAVA DAVE'S EXECUTIVE COFFEE SERVICES** **P.O. BOX 581238** **TULSA, OK 74158-1238** | | | | | | | | **812.24** |
| Account No. **Penloyd** | | - | | **2008** **Trade Debt** | | | X | |
| **KENSTAN LOCK & HARDWARE** **101 Commercial Street** **PLAINVIEW, NY 11803** | | | | | | | | **240.62** |
| Account No. **Penloyd** | | - | | **2008** **Trade Debt** | | | X | |
| **KERR ENVIROMENTAL** **1703 North 168th East Avenue** **TULSA, OK 74116** | | | | | | | | **565.00** |
| Account No. **Penloyd** | | - | | **2008** **Trade Debt** | | | X | |
| **KEVIN HEAVNER** **11702 North 115th East Avenue** **Collinsville, OK 74021** | | | | | | | | **786.83** |

Sheet no. __17__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **2,404.69**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Penloyd, LLC** _____,     Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Penloyd**<br><br>**KEY TEMPORARY PERSONNEL INC**<br>**PO BOX 21228 DEPT 80**<br>**TULSA, OK 74121-1228** | - | | **2008**<br>**Trade Debt** | | | X | 846.00 |
| Account No. **Penloyd**<br><br>**KMT WATERJET SYSTEMS**<br>**Corporate Headquarters**<br>**635 West 12th Street**<br>**Baxter Springs, KS 66713** | - | | **2008**<br>**Trade Debt** | | | X | 350.56 |
| Account No. **Penloyd**<br><br>**KNOX LABORATORY**<br>**5640 SOUTH MEMORIAL DRIVE**<br>**TULSA, OK 74145** | - | | **2008**<br>**Trade Debt** | | | X | 121.00 |
| Account No. **Penloyd**<br><br>**LA QUINTA INN**<br>**Corporate Office**<br>**P.O. Box 2636**<br>**SAN ANTONIO, TX 78299-2636** | - | | **2008**<br>**Trade Debt** | | | X | 1,737.68 |
| Account No. **Penloyd**<br><br>**LAMPROE CONSTRUCTION INC**<br>**14747 W 111TH ST**<br>**SAPULPA, OK 74066** | - | | **2008**<br>**Trade Debt** | | | X | 600.00 |

Sheet no. __18__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,655.24**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Penloyd, LLC**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Penloyd** | | | | **2008** **Trade Debt** | | | | |
| **LARRY CARLILE** **4451 West 1st** **Tulsa, Ok 74127** | - | | | | | | X | |
| | | | | | | | | 70.00 |
| Account No. **Penloyd** | | | | **2008** **Trade Debt** | | | | |
| Laura Zhao | - | | | | | | X | |
| | | | | | | | | 1,910.16 |
| Account No. **Penloyd** | | | | **2008** **Trade Debt** | | | | |
| **LOOP WORX, LLC** **115 E 72ND ST #4B** **NEW YORK, NY 10021** | - | | | | | | X | |
| | | | | | | | | 4,305.55 |
| Account No. **Penloyd** | | | | **2008** **Trade Debt** | | | | |
| **LOUIS & CO** **895 Columbia Street** **BREA, CA 92622-2253** | - | | | | | | X | |
| | | | | | | | | 1,910.23 |
| Account No. **Penloyd** | | | | **2008** **Trade Debt** | | | | |
| **LOUISVILLE MILL SUPPLY CO** **520 South 15th Street** **LOUISVILLE, KY 40203** | - | | | | | | X | |
| | | | | | | | | 1,028.06 |

Sheet no. __19__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,224.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penloyd, LLC**                                                    ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Penloyd** <br><br> **LOWES** <br> **1000 Lowe's Blvd.** <br> **Mooresville, NC 28117** | | - | | **2008** <br> **Trade Debt** | | | X | 109.93 |
| Account No. **Penloyd** <br><br> **MAS METALS INDUSTRIES INC.** <br> **2677 DREW RD** <br> **MISSISSAUGA, ON L4T 3X1** | | - | | **2008** <br> **Trade Debt** | | | X | 27,069.27 |
| Account No. **Penloyd** <br><br> **MASTERCARD** <br> **BANKERS CREDIT CARD SERVICES** <br> **PO BOX 268856** <br> **OKLAHOMA CITY, OK 73126** | | - | | **2008** <br> **Trade Debt** | | | X | 8,870.83 |
| Account No. **Penloyd** <br><br> **MAXWELL AMARO** <br> **1 Elmdon Lane** <br> **Bella Vista, AR 72715** | | - | | **2008** <br> **Trade Debt** | | | X | 1,519.55 |
| Account No. **Penloyd** <br><br> **MCGIVERN, GILLIARD & CURTHOYS** <br> **PO BOX 2619** <br> **TULSA, OK 74101** | | - | | **2008** <br> **Trade Debt** | | | X | 20.00 |

Sheet no. __20__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **37,589.58**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Penloyd, LLC**
_____,
                    Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Penloyd** <br><br> **MCMASTER CARR SUPPLY CO** <br> **P.O. Box 4355** <br> **ELMHURST, IL 60126-4355** | | - | | **2008** <br> **Trade Debt** | | | X | **54.61** |
| Account No. **Penloyd** <br><br> **MedCenter Mid Town** <br> **1623 South Utica** <br> **TULSA, OK 74104** | | - | | **2008** <br> **Trade Debt** | | | X | **54.90** |
| Account No. **Penloyd** <br><br> **Medica Corporation** <br> **P.O. Box 1078** <br> **Bristow, OK 74010-1078** | | - | | **2008** <br> **Trade Debt** | | | X | **26.41** |
| Account No. **Penloyd** <br><br> **MEDLEY MATERIAL HANDLING INC** <br> **PO BOX 26706** <br> **OKLAHOMA CITY, OK 73126-0706** | | - | | **2008** <br> **Trade Debt** | | | X | **16,309.17** |
| Account No. **Penloyd** <br><br> **Meritain Health** <br> **Headquarters** <br> **300 Corporate Parkway** <br> **Buffalo, NY 14226** | | - | | **2008** <br> **Trade Debt** | | | X | **Unknown** |

Sheet no. __21__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,445.09**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penloyd, LLC**                                                    ,   Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Penloyd**<br><br>**METALS N MORE**<br>**2040 RUSSELLVILLE ROAD**<br>**BOWLING GREEN, KY 42101** | - | | | **2008**<br>**Trade Debt** | | | X | 34.39 |
| Account No. **Penloyd**<br><br>**Michael Verbeck**<br>**2477 N Marion Ave**<br>**TULSA, OK 74115** | - | | | **2008**<br>**Trade Debt** | | | X | 280.00 |
| Account No. **Penloyd**<br><br>**MONARCH ENVIRONMENTAL INC**<br>**1169 PRESTON AVE**<br>**BOWLING GREEN, KY 42101** | - | | | **2008**<br>**Trade Debt** | | | X | 170.75 |
| Account No. **Penloyd**<br><br>**MONARCH METAL FABRICATION, INC**<br>**1625 SYCAMORE AVENUE**<br>**BOHEMIA, NY 11716** | - | | | **2008**<br>**Trade Debt** | | | X | 561.89 |
| Account No. **Penloyd**<br><br>**NAN YANG MANNEQUINS &**<br>**HANGERS CO., LTD**<br>**846-3 XIAHE ROAD**<br>**XIAMEN, CHINA 361004** | - | | | **2008**<br>**Trade Debt** | | | X | 63,874.50 |

Sheet no. __22__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **64,921.53**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Penloyd, LLC** _____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Penloyd**<br><br>**NEOPOST INC**<br>**PO BOX 45800**<br>**30955 HUNTWOOD AVE**<br>**SAN FRANCISCO, CA 94145-0800** | - | | | **2008**<br>**Trade Debt** | | | X | 720.61 |
| Account No. **Penloyd**<br><br>**NEVAMAR COMPANY LLC**<br>**8339 TELEGRAPH RD**<br>**ODENTON, MD 21113** | - | | | **2008**<br>**Trade Debt** | | | X | 418.47 |
| Account No. **Penloyd**<br><br>**NEWTON O'CONNOR,TURNER &**<br>**KETCHUM**<br>**15 WEST SIXTH ST SUITE 2700**<br>**TULSA, OK 74119-5423** | - | | | **2008**<br>**Trade Debt** | | | X | 9,697.15 |
| Account No. **Penloyd**<br><br>**NORTH AMERICAN METALCRAFT INC**<br>**850 FLINT ROAD**<br>**DOWNSVIEW, ON M3J 2J5** | - | | | **2008**<br>**Trade Debt** | | | X | 58.78 |
| Account No. **Penloyd**<br><br>**NORTHEAST CASTER CORP.**<br>**PO BOX 55**<br>**LEROY, NY 14482** | - | | | **2008**<br>**Trade Debt** | | | X | 202.36 |

Sheet no. __23__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     11,097.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penloyd, LLC**                                                          ,   Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Penloyd**<br><br>**O'REILLY AUTO PARTS**<br>**PO BOX 790098**<br>**SAINT LOUIS, MO 63179-0098** | | - | | **2008**<br>**Trade Debt** | | | X | 133.98 |
| Account No. **Penloyd**<br><br>**O-NEAL METAL CO**<br>**710 SOUTH SECOND STREET**<br>**NASHVILLE, TN 37202** | | - | | **2008**<br>**Trade Debt** | | | X | 886.09 |
| Account No. **Penloyd**<br><br>**OC TANNER CO**<br>**1930 SOUTH STATE STREET**<br>**SALT LAKE CITY, UT 84115** | | - | | **2008**<br>**Trade Debt** | | | X | 13,172.92 |
| Account No. **Penloyd**<br><br>**OFFICE DEPOT**<br>**PO BOX 633211**<br>**CINCINNATI, OH 45263-3211** | | - | | **2008**<br>**Trade Debt** | | | X | 8.47 |
| Account No. **Penloyd**<br><br>**Oklahoma Natural Gas**<br>**P.O. Box 401**<br>**Oklahoma City, OK 73101** | | - | | **2008**<br>**Trade Debt** | | | X | **Unknown** |

Sheet no. __24__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **14,201.46**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Penloyd, LLC**                                                                   ,                    Case No. _____
                                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Penloyd** | | | | | **2008** **Trade Debt** | | | | |
| **ONE NETWORK DEVICES** **4055 VALLEY VIEW LANE #400** **DALLAS, TX 75244** | - | | | | | | | X | 52.11 |
| Account No. **Penloyd** | | | | | **2008** **Trade Debt** | | | | |
| **ONE SOURCE OCC MED** **GREGORY L MITCHELL,MD** **1515 N HARVARD,STE B** **TULSA, OK 74115** | - | | | | | | | X | 130.00 |
| Account No. **Penloyd** | | | | | **2008** **Trade Debt** | | | | |
| **Opus, Inc.** **PO BOX 525** **BELLINGHAM, MA 02019** | - | | | | | | | X | 8,509.50 |
| Account No. **Penloyd** | | | | | **2008** **Trade Debt** | | | | |
| **OUTWATER HARDWARE CORP** **132 Beaver Brook Road** **LINCOLN PARK, NJ 07035-1410** | - | | | | | | | X | 629.13 |
| Account No. **Penloyd** | | | | | **2008** **Trade Debt** | | | | |
| **OUTWATER PLASTICS INC** **PO BOX 500** **BOGOTA, NJ 07603** | - | | | | | | | X | 8.20 |

Sheet no. __25__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          9,328.94

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penloyd, LLC** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Penloyd**<br><br>**PANOLAM INDUSTRIES**<br>**20 PROGRESS DRIVE**<br>**SHELTON, CT 06484** | - | | | **2008**<br>**Trade Debt** | | | X | 142.26 |
| Account No. **Penloyd**<br><br>**PAPER COMPANY INC**<br>**325 Emmett Avenue**<br>**BOWLING GREEN, KY 72101** | - | | | **2008**<br>**Trade Debt** | | | X | 163.44 |
| Account No. **Penloyd**<br><br>**PAUL BUTZBERGER**<br>**4955 Wedgewood**<br>**Dallas, TX 75220** | - | | | **2008**<br>**Trade Debt** | | | X | 9,375.03 |
| Account No. **Penloyd**<br><br>**PENDERGRAPH INC**<br>**6916 East 12th Street**<br>**TULSA, OK 74112-5604** | - | | | **2008**<br>**Trade Debt** | | | X | 1,675.50 |
| Account No. **Penloyd**<br><br>**PENSKE TRUCK LEASING c/o BAKER GOVERN &**<br>**ATTN: GEORGE PAUL**<br>**Atrium Bldg. West 7771, W. Oakland Park**<br>**FT LAUDERDALE, FL 33351** | - | | | **2008**<br>**Trade Debt** | | | X | 2,369.42 |

Sheet no. __26__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   13,725.65

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penloyd, LLC**                                          ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Penloyd**<br><br>**PHOSTER INDUSTRIES**<br>**375 DECARIE BLVD**<br>**VILLE ST-LAURENT, QC H4L 3K7** | - | | **2008**<br>**Trade Debt** | | | X | **3,348.00** |
| Account No. **Penloyd**<br><br>**PITT & ASSOCIATES, LLC**<br>**7633 E 63RD PL SUITE 300**<br>**TULSA, OK 74133** | - | | **2008**<br>**Trade Debt** | | | X | **20,000.00** |
| Account No. **Penloyd**<br><br>**PPG INDUSTRIES INC**<br>**ONE PPG PLACE**<br>**PITTSBURGH, PA 15272-0001** | - | | **2008**<br>**Trade Debt** | | | X | **14,652.89** |
| Account No. **Penloyd**<br><br>**PRAY,WALKER,JACKMAN,WILLIAMS**<br>**ON & MARLAR**<br>**100 WEST 5TH ST**<br>**900 ONEOK PLAZA**<br>**TULSA, OK 74103-4218** | - | | **2008**<br>**Trade Debt** | | | X | **1,995.82** |
| Account No. **Penloyd**<br><br>**PRO IMAGE INSTALLERS,INC**<br>**1970 HWY 87 STE 101**<br>**NAVARRE, FL 32566** | - | | **2008**<br>**Trade Debt** | | | X | **6,485.89** |

Sheet no. __27__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**46,482.60**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penloyd, LLC**                                     ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Penloyd** <br><br> **PSO** <br> **c/o American Electric Power Company, Inc** <br> **1 Riverside Plaza** <br> **Columbus, OH 43215-2372** | - | | **2008** <br> **Trade Debt** | | | X | **Unknown** |
| Account No. **Penloyd** <br><br> **Ralph Inks** <br> **1541 North Oswego Avenue** <br> **Tulsa, OK 74115** | - | | **2008** <br> **Trade Debt** | | | X | **448.56** |
| Account No. **Penloyd** <br><br> **RAP SECURITY INC** <br> **4630 CECELIA ST** <br> **CUDAHY, CA 90201** | - | | **2008** <br> **Trade Debt** | | | X | **Unknown** |
| Account No. **Penloyd** <br><br> **RED BUD AIR FILTER SALES** <br> **5455 South 99th East Avenue** <br> **TULSA, OK 74146** | - | | **2008** <br> **Trade Debt** | | | X | **926.00** |
| Account No. **Penloyd** <br><br> **REEVE STORE EQUIPMENT CO** <br> **P O BOX 276** <br> **PICO RIVERA, CA 90660** | - | | **2008** <br> **Trade Debt** | | | X | **664.38** |

Sheet no. __28__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **2,038.94**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Penloyd, LLC__ _____,  Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Penloyd** <br><br>**RENAISSANCE UPTOWN** <br>**1000 SOUTH DENVER AVE** <br>**TULSA, OK 74119** | | - | | **2008** <br>**Trade Debt** | | | X | 473.91 |
| Account No. **Penloyd** <br><br>**RENTAL SERVICE CORPORATION** <br>**DBA PRIME EQUIPMENT** <br>**DALLAS, TX 75284-0514** | | - | | **2008** <br>**Trade Debt** | | | X | 56.36 |
| Account No. **Penloyd** <br><br>**REXEL INC** <br>**13655 EAST 61ST** <br>**BROKEN ARROW, OK 74012** | | - | | **2008** <br>**Trade Debt** | | | X | 444.35 |
| Account No. **Penloyd** <br><br>**Rich Roberts** <br>**1628 North Minnesota** <br>**Shawnee, OK 74804** | | - | | **2008** <br>**Trade Debt** | | | X | 124.99 |
| Account No. **Penloyd** <br><br>**ROLL FORMING CORP** <br>**1070 BROOKS INDUSTRIAL RD** <br>**PO BOX 369** <br>**SHELBYVILLE, KY 40066-0369** | | - | | **2008** <br>**Trade Debt** | | | X | 5,545.00 |

Sheet no. __29__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,644.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penloyd, LLC**                                                        ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Penloyd** <br><br> **Roy D. Johnsen** <br> **201 West 5th Street** <br> **Tulsa, OK 74103** | - | | **2008** <br> **Trade Debt** | | | X | 9,984.63 |
| Account No. **Penloyd** <br><br> **ROY METAL INC** <br> **52 BOULEVARD MORIGEAU** <br> **SAINT-FRANCOIS-DE-LA-RIVIERE-DU-SUD** <br> **QC, G0R3A0** | - | | **2008** <br> **Trade Debt** | | | X | 38,457.13 |
| Account No. **Penloyd** <br><br> **RULE CO** <br> **616 South Rockford Avenue** <br> **TULSA, OK 74121-1228** | - | | **2008** <br> **Trade Debt** | | | X | 389.22 |
| Account No. **Penloyd** <br><br> **SAFETY KLEEN CORP** <br> **5360 Legacy Drive** <br> **Bldg. 2, Suite 100** <br> **Plano, TX 75024** | - | | **2008** <br> **Trade Debt** | | | X | 395.00 |
| Account No. **Penloyd** <br><br> **Salem Distribution, Inc.** <br> **5901 GUN CLUB ROAD** <br> **WINSTON-SALEM, NC 27103** | - | | **2008** <br> **Trade Debt** | | | X | 1,446.25 |

Sheet no. __30__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **50,672.23**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Penloyd, LLC**
_____,  Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Penloyd** <br><br> **SCENTS PLUS INC** <br> **23 North Main Street** <br> **SAPULPA, OK 74066** | - | | | **2008** <br> **Trade Debt** | | | X | 140.00 |
| Account No. **Penloyd** <br><br> **SCOTT HELLING** <br> **9303 South 45th West Avenue** <br> **Tulsa, OK 74132** | - | | | **2008** <br> **Trade Debt** | | | X | 78.50 |
| Account No. **Penloyd** <br><br> **SCOVIL AND SIDES HARDWARE CO** <br> **2612 N OKLAHOMA** <br> **OKLAHOMA CITY, OK 73136** | - | | | **2008** <br> **Trade Debt** | | | X | 3,731.85 |
| Account No. **Penloyd** <br><br> **SHERL'S JANITORIAL** <br> **7732 SOUTH 72ND EAST AVE** <br> **TULSA, OK 74133** | - | | | **2008** <br> **Trade Debt** | | | X | 13,390.00 |
| Account No. **Penloyd** <br><br> **SIGNAL PLATING INC** <br> **1608 CAMBEN ST** <br> **CHATTANOOGA, TN 37406** | - | | | **2008** <br> **Trade Debt** | | | X | 1,468.00 |

Sheet no. __31__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,808.35

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Penloyd, LLC**
_____,
                    Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Penloyd** | | | | **2008** **Trade Debt** | | | | |
| **SIMPLEX GRINNELL** **6111 NEW SAPULPA RD** **TULSA, OK 74131** | - | | | | | | X | 1,302.86 |
| Account No. **Penloyd** | | | | **2008** **Trade Debt** | | | | |
| **SKYFRAME INC** **141 WEST 28TH STREET 12TH FL** **NEW YORK, NY 11370** | - | | | | | | X | 1,441.33 |
| Account No. **Penloyd** | | | | **2008** **Trade Debt** | | | | |
| **SOLUTION BEACON LLC** **PO BOX 120201 DEPT 0201** **DALLAS, TX 75312-0201** | - | | | | | | X | 6,750.00 |
| Account No. **Penloyd** | | | | **2008** **Trade Debt** | | | | |
| **SOUTHWEST FIXTURE** **P O BOX 5108** **PAGOSA SPRINGS, CO 81147** | - | | | | | | X | 10,800.00 |
| Account No. **Penloyd** | | | | **2008** **Trade Debt** | | | | |
| **SPECIALIZED TRANSPORTATION, INC** **NW 5485** **P O BOX 1450** **MINNEAPOLIS, MN 55485-5485** | - | | | | | | X | 29,161.65 |

Sheet no. __32__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

49,455.84

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penloyd, LLC**
                                                              ,                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. *Penloyd*  **SPECTRUM PAINT COMPANY 15247 E SKELLY DR TULSA, OK 74116** | - | | *2008* **Trade Debt** | | | X | **6,425.49** |
| Account No. *Penloyd*  **STELLAR METAL 785 GARYRAY DRIVE TORONTO, ON M9L1R2** | - | | *2008* **Trade Debt** | | | X | **5,486.46** |
| Account No. *Penloyd*  **Stephen Rich** | - | | *2008* **Trade Debt** | | | X | **26.87** |
| Account No. *Penloyd*  **Steve Tolbert 2807 South 49th West Avenue Tulsa, OK 74107** | - | | *2008* **Trade Debt** | | | X | **350.00** |
| Account No. *Penloyd*  **Steven R Hickman Frasier Frasier & Hickman 1700 SW BLVD TULSA, OK 74107** | - | | *2008* **Trade Debt** | | | X | **Unknown** |

Sheet no. __33__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **12,288.82**

B6F (Official Form 6F) (12/07) - Cont.

In re __Penloyd, LLC_____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. *Penloyd*  **STONE COMPUTER & COPIER SUPPLY, INC P.O.BOX 21820 / DEPT 1177 TULSA, OK 74121-1820** | - | | | *2008* **Trade Debt** | | | X | **1,365.51** |
| Account No. *Penloyd*  **STYLMARK INC P.O. Box 32008 MINNEAPOLIS, MN 55432** | - | | | *2008* **Trade Debt** | | | X | **28,990.65** |
| Account No. *Penloyd*  **Sun Life 150 King Street West Toronto, ON M5H1J9** | - | | | *2008* **Trade Debt** | | | X | ***Unknown*** |
| Account No. *Penloyd*  **TENNANT SALES & SERVICE P O BOX 71414 CHICAGO, IL 60694-1414** | - | | | *2008* **Trade Debt** | | | X | **2,462.17** |
| Account No. *Penloyd*  **THE PEOPLE BRAND 3717 W HARTFORD BROKEN ARROW, OK 74012** | - | | | *2008* **Trade Debt** | | | X | **1,000.00** |

Sheet no. __34__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **33,818.33**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penloyd, LLC**                                              ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Penloyd** | | | | | **2008** **Trade Debt** | | | | |
| **Third Party Solutions** **2600 Thousand Oaks Blvd.** **Memphis, TN 38118-2474** | | - | | | | | | X | 132.04 |
| Account No. **Penloyd** | | | | | **2008** **Trade Debt** | | | | |
| **TRISTAR GLASS, INC** **5566 S GARNETT RD** **TULSA, OK 74146** | | - | | | | | | X | 336.55 |
| Account No. **Penloyd** | | | | | **2008** **Trade Debt** | | | | |
| **TUBLAR STEEL, INC** **1031 EXECUTIVE PARKWAY DR** **ST LOUIS, MO 63141-6351** | | - | | | | | | X | 330.60 |
| Account No. **Penloyd** | | | | | **2008** **Trade Debt** | | | | |
| **TULSA OVERHEAD DOOR CO INC** **PO BOX 580997** **TULSA, OK 74158** | | - | | | | | | X | 216.39 |
| Account No. **Penloyd** | | | | | **2008** **Trade Debt** | | | | |
| **TULSA PLASTICS** **6112 East 32nd Place** **TULSA, OK 74135** | | - | | | | | | X | 1,371.10 |

Sheet no. __35__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,386.68

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Penloyd, LLC**_____,     Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. *Penloyd*<br><br>***UNDERWRITERS LABORATORIES INC***<br>***333 Pfingsten Road***<br>***Northbrook, IL 60062*** | - | | *2008*<br>**Trade Debt** | | | X | 400.00 |
| Account No. *Penloyd*<br><br>***VAULT MANAGEMENT INC***<br>***1805 W DETROIT***<br>***BROKEN ARROW, OK 74012*** | - | | *2008*<br>**Trade Debt** | | | X | 121.55 |
| Account No. *Penloyd*<br><br>***VICTOR WELDING SUPPLY CO***<br>***123 South Peoria Avenue***<br>***TULSA, OK 74120-2013*** | - | | *2008*<br>**Trade Debt** | | | X | 315.69 |
| Account No. *Penloyd*<br><br>***WEBCO VISUALS & DESIGNS INC***<br>***65 HALLOCK AVE***<br>***SMITHTOWN, NY 11787-3838*** | - | | *2008*<br>**Trade Debt** | | | X | 1,637.96 |
| Account No. *Penloyd*<br><br>***WELSCO***<br>***P.O. Box 1058***<br>***N LITTLE ROCK, AR 72113*** | - | | *2008*<br>**Trade Debt** | | | X | 54.36 |

Sheet no. __36__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       2,529.56

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Penloyd, LLC**                                                      ,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Penloyd** <br><br> **WESTERN KENTUCKY POWDER COATING** <br> **120 VANDERBILT CT** <br> **BOWLING GREEN, KY 42103** | - | | **2008** <br> **Trade Debt** | | | X | 558.00 |
| Account No. **Penloyd** <br><br> **WESTERN PLASTICS** <br> **304 MILLER PLACE** <br> **OKLAHOMA CITY, OK 73108** | - | | **2008** <br> **Trade Debt** | | | X | 4,557.84 |
| Account No. **Penloyd** <br><br> **XPEDX** <br> **4901 West 6th Street South** <br> **TULSA, OK 74131** | - | | **2008** <br> **Trade Debt** | | | X | 927.60 |
| Account No. **Penloyd** <br><br> **YALE UNIFORM RENTAL** <br> **5953 East 15th Street** <br> **TULSA, OK 74112** | - | | **2008** <br> **Trade Debt** | | | X | 1,244.00 |
| Account No. **Penloyd** <br><br> **ZIEGLER'S** <br> **6 N LEWIS** <br> **TULSA, OK 74150** | - | | **2008** <br> **Trade Debt** | | | X | 10.00 |

Sheet no. __37__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 7,297.44 |
| Total (Report on Summary of Schedules) | 804,064.91 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re  **Penloyd, LLC**                                          ,     Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Unknown** | **Debtor believes there is some information on this which would be in the possession of the Receiver. In the event that the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA.** |

*0*

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re  **_Penloyd, LLC_**_____,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **_NONE_** | |

**_0_**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Northern District of Oklahoma

In re   **Penloyd, LLC**                                                                 Case No. _____
                                                        Debtor(s)        Chapter       **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member/Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**77**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 16, 2010**                          Signature    **/s/ Tim Nagle**
                                                                    **Tim Nagle**
                                                                    **Member/Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re  **Penloyd, LLC**
_____
                                    Debtor(s)

Case No.  _____
Chapter   **7**   _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **Debtor believes there is some information on this which would be in the possession of the Receiver. In the event that the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA. The only information the Debtor has is through January 2009.** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|            AMOUNT | SOURCE |
|---|---|
| **$0.00** | **From financials - Debtor believes there is some information on this which would be in the possession of the Receiver.  In the event that the Debtor gains access to the data in the possession of th Receiver that would impact this category, the Debtor will amend the scedules and SOFA.  The only information that Debtor has is through January 2009.** |

**3. Payments to creditors**

None
■

**Complete a. or b., as appropriate, and c.**

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Unknown** | | **$0.00** | **$0.00** |

None
☐

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Unknown** | **Debtor believes there is some information on this which would be in the possession of the Receiver. In the event that the Debtor gains access to the data in the possesssion of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA.  The only information that Debtor has is through January 2009.** | **$0.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *F&M Bank & Trust Company vs Penloyd, LLC - Case No. CJ-2009-1214* | *Foreclosure & Receivership* | *Tulsa County Dist. Ct.* | *Pending.* |
| *F&M Bank and Trust Company v. Stephen R. Tolbert, et al. Case No. CJ-2009-5132* | *Declaratory Judgment* | *Tulsa County Dist. Ct.* | *Pending* |
| *Cody Alan Stanke, et al. v. Penloyd, LLC, et al. Case No. CJ-2009-1150* | *Breach of Agreement* | *Tulsa Co. Dist. Ct.* | *Removed to federal court.* |
| *Penloyd, LLC v. Paul B. Loyd, et al. Case No. CJ-2010-395* | *Avoidence & Recovery of Fraudulent Transfers* | *Tulsa Co. Dist. Ct.* | *Pending.* |
| *Cody Alan Stanke, et al. v. Penloyd, LLC, et al. Case No. 09-CV-00140-GKF-PJC* | *890 Statutory Actions* | *United States District Court for the Northern District of Oklahoma* | *Pending.* |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Unknown* | | *Debtor believes there is some information on this which would be in the possession of the Receiver. In the event that the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA.  The only information that Debtor has is through January 2009.* |

**5.  Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *F&M Bank 1330 South Harvard Tulsa, OK 74112* | *2/18/2009* | *All tangible assets of Debtor.* |

**6.  Assignments and receiverships**

None   a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
☐     this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
      joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| *Unknown* | | *Debtor believes there is some information on this which would be in the possession of the Receiver.  In the event that the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA.  The only information that Debtor has is through January 2009.* |

None   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
☐     preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
      property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
      filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| *F&M Bank 1330 S. Harvard Tulsa, OK 74112* | *Tulsa County Dist. Ct.  Case Nol. 2009-01214* | *2/18/2009* | *All tangible assets of Debtor. Unknown* |

**7.  Gifts**

None   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
☐     and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
      aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
      either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| *Unknown* | | | *Debtor believes there is some information on this which would be in the possession of the Receiver.  In the event that the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA.  The only information that Debtor has is through January 2009.* |

5

**8.  Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| *Unknown* | *Debtor believes there is some information on this which would be in the possession of the Receiver.  In the event that the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA.  The only information that Debtor has is through January 2009.* | |

**9.  Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Morrell Saffa Craige*<br>*3501 South Yale Avenue*<br>*Tulsa, OK 74135* | *Nagle Enterprises, Inc.* | *$16,172.58* |
| *Turnaround Professionals*<br>*401 South Boston, Suite 2200*<br>*Tulsa, OK 74103* | *2/1/2010 - Nagle Enterprises, Inc.* | *$10,000.00* |
| *Turnaround Professionals*<br>*401 South Boston, Suite 2200*<br>*Tulsa, OK 74103* | *5/21/2009 - Paul Loyd* | *$5,932.23* |
| *Morell Saffa Craige*<br>*3501 South Yale Avenue*<br>*Tulsa, OK 74135* | *Penloyd* | *$2,500.00* |

**10.  Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Unknown* | | |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **F&M Bank**<br>**P.O. Box 4500**<br>**Tulsa, OK 74159** | **Checking account named General Account - Account ending in 5289** | **Unknown.  Under the control of the Receiver.** |
| **F&M Bank**<br>**P.O. Box 4500**<br>**Tulsa, OK 74159** | **Checking account named Workers Compensation - Account ending in 6064** | **Unknown.  Under the control of the Receiver.** |
| **F&M Bank**<br>**P.O. Box 4500**<br>**Tulsa, OK 74159** | **Checking account named Tax Account - Account ending in 6048** | **Unknown.  Under control of the Receiver.** |
| **F&M Bank**<br>**P.O. Box 4500**<br>**Tulsa, OK 74159** | **Checking account named Draft Account - Account ending in 6072** | **Unknown.  Under the control of the Receiver.** |
| **F&M Bank**<br>**P.O. Box 4500**<br>**Tulsa, OK 74159** | **Zero Balance account named Payroll Account - Account ending in 5319** | **Unknown. Under the control of the Receiver.** |
| **F&M Bank**<br>**P.O. Box 4500**<br>**Tulsa, OK 74159** | **Checking account named Benefits Account - Account ending in 3091** | **Unknown.  Under the control of the Receiver.** |
| **F&M Bank**<br>**P.O. Box 4500**<br>**Tulsa, OK 74159** | **Demand Deposit account - Account ending in 5987** | **Unknown.  Under the control of the Receiver.** |
| **The Bankcorp Bank**<br>**6100 South Old Village Place**<br>**Sioux Falls, SD 57108** | **Unknown type of account - Account ending in 2625** | **Unknown.  Under the control of the Receiver.** |
| **Bankers Credit Card Service**<br>**P.O. Box 268856**<br>**Oklahoma City, OK 73126** | **Unknown** | **Unknown.  Under the control of the Receiver.** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| *Unknown* | *Debtor believes there is some information on this which would be in the possession of the Receiver.* | *In the event that the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA.  The only information that Debtor has is through January 2009.* |

**14.  Property held for another person**

None ☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| *Unknown* | | |

**15.  Prior address of debtor**

None ■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☐    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| *Unknown* | | | |

None ☐   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| *Unknown* | | | |

None ☐   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| *Unknown* | | |

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Nagle Enterprises, Inc.* | 76-0666432 | *7700 San Felipe, Suite 170 Houston, TX 77063* | *Manufacturing* | *2003 - 2009* |
| *Penloyd Holding, Inc.* | 20-0081380 | *10000 Memorial, Suite 550 Houston, TX 77024* | *Manufacturing* | *2003 - 2009* |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

9

### 19. Books, records and financial statements

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *J. Bill Koehler, Receiver*<br>*2431 East 51st Street*<br>*Tulsa, OK 74105* | *Debtor believes there is some information on this which would be in the possession of the Receiver. In the event that the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA. The only information that Debtor has is through January 2009.* |

None
☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the
books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| *Grant Thornton* | *2431 East 61st Street, Suite 500*<br>*Tulsa, OK 74136-1208* | *2005, 2006, 2007* |

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| *J. Bill Koehler, Receiver*<br>*Debtor believes there is some information on this which would be in the possession of the Reciever. In the event that the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA. The only information that Debtor has is through January 2009.* | *2431 East 51st Street*<br>*Tulsa, OK 74105* |

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| *Unknown* | *Debtor believes there is some information on this which would be in the possession of the Receiver. In the event that the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA. The only information that Debtor has is through January 2009.* |

10

### 20. Inventories

None
☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| *Unknown* | | *Debtor believes there is some information on this which would be in the possession of the Receiver. The Receiver may have liquidated assets in this category.  In the event that the Debtor gains access to the data in the possession of the Receiver that would impact this category, the Debtor will amend the schedules and SOFA.  The only information that Debtor has is through January 2009.* |

None
☐

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| *Unknown* | *Unknown* |

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| *Not Applicable* | | |

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| *Nagle Enterprises, Inc.*<br>*7700 San Felipe, Suite 170*<br>*Houston, TX 77063* | *Vice Chair, Vice President & Treasurer* | *33.3%* |
| *Penloyd Holding, Inc.*<br>*10000 Memorial, Suite 550*<br>*Houston, TX 77024* | *Chair, Vice President & Secretary* | *66.7%* |

### 22 . Former partners, officers, directors and shareholders

None
☐

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| *Not Applicable* | | |

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Tim W. Nagle**<br>**7700 San Felipe, Suite 170**<br>**Houston, TX 77063** | **Vice Chair, Vice President &**<br>**Treasurer** | **2/27/2009** |
| **Paul B. Loyd**<br>**10000 Memorial, Suite 550**<br>**Houston, TX 77024** | **Chair, Vice President &**<br>**Secretary** | **2/27/2009** |
| **Paul Butzberger**<br>**4955 Wedgewood Lane**<br>**Dallas, TX 75220** | **Chief Executive Officer** | **1/15/2009** |
| **Unsure** | | **Debtor believes there is some**<br>**information on this which would be in**<br>**possession of the Receiver.  In the**<br>**event that the Debtor gains access to**<br>**the data in the possession of the**<br>**Receiver that would impact this**<br>**category, the Debtor will amend the**<br>**schedules and SOFA.  The only**<br>**information that Debtor has is through**<br>**January 2009.** |

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| **Unknown** | **Debtor believes there is some**<br>**information on this which would be in the**<br>**possession of the Receiver.** | |

### 24. Tax Consolidation Group.

None ☐    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Not Applicable** | |

### 25. Pension Funds.

None ☐    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Unknown - Company provided 401k plan, it was funded; however, company**<br>**had no interest in any plan asset.  Debtor believes there is some information**<br>**on this which would be in the possession of the Receiver.  In the event that**<br>**the Debtor gains access to the data in the possession of the Receiver that**<br>**would impact this category, the Debtor will amend the schedules and SOFA.**<br>**The only information that Debtor has is through January 2009.** | |

12

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **February 16, 2010**                    Signature   **/s/ Tim Nagle**

                                                                          **Tim Nagle**
                                                                          **Member/Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Oklahoma

In re  **Penloyd, LLC**

Case No. _____

Debtor(s)

Chapter  **7** _____

## <u>VERIFICATION AS TO OFFICIAL MAILING MATRIX</u>

■ Original
☐ Amendment

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on computer diskette, CD ROM or uploaded to the Electronic Case Filing System is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Official Mailing Matrix submitted via:

(a) ___ computer diskette/CD ROM listing a total of ___ creditors; or

(b) __X__ uploaded to Electronic Case Filing System listing a total of __305__ creditors.

Date:  **February 16, 2010** _____

**/s/ Tim Nagle** _____

**Tim Nagle**/**Member/Manager**
Signer/Title

Date:  **February 16, 2010** _____

**/s/ Mark A. Craige OBA** _____

Signature of Attorney
**Mark A. Craige OBA #1992**
**MorrelSaffaCraige**
**3501 S. Yale Avenue**
**Tulsa, OK 74135**
**918-664-0800   Fax: 918-663-1383**

*[Check if applicable]* ___ Creditor(s) with foreign addresses included

A-1 FREEMAN
P O BOX 268869
AGENT N7215/OKC
OKLAHOMA CITY OK 73126

AD MART
20 Gose Pike
DANVILLE KY 40422

AFC WORLDWIDE
P O BOX 404992
ATLANTA GA 30384-4992

AFLAC
1932 Wynnton Road
Columbus GA 31999-0002

AFS LOGISTICS, LLC
P O BOX 18170
SHREVEPORT LA 71138-1170

AIR CLEANING TECHNOLOGIES INC
1300 West Detroit Street
BROKEN ARROW OK 74012

AIR SYSTEMS & PUMP SOLUTIONS,LLC
PO BOX 270186
OKLAHOMA CITY OK 73137-0186

AIRGAS MID AMERICA-BG
2950 INDUSTRIAL DR
BOWLING GREEN KY 42101

Airpark Distribution Center
C/O Coats Commercial Properties, LLC
9726 East 42nd Street, Suite 100
Tulsa OK 74146

ALEX PALMER
3903 North Lansing Place
TULSA Ok 74106

ALFRED RUFFIN
11880 East 16th Street
TULSA OK 74128

ALLEGRA PRINT AND IMAGING
7707 East 38th Street
TULSA OK 74145

AMADA AMERICA INC
7025 Firestone Blvd.
BUENA PARK CA 90621

AMERICAN FUNDS DISTRIBUTORS, INC
ATTN:FINANCE&ACCTG/PLANPREMIER
PO BOX 659530
SAN ANTONIO TX 78265-9911

AMERICAN LASER INC
5138 S 94TH E AVE
TULSA OK 74145-8172

AMERICAN WASTE CONTROL INC
1420 West 35th Street
TULSA OK 74107

AMERIGAS
6200 NEW SAPULPA RD
TULSA OK 74131-2435

AMERIPRIDE LINEN AND APPAREL SERV
ATTN: JIM PULEO
122 S 122ND E AVE
TULSA OK 74128

ANDREA DELEON
2736 West 66th
TULSA OK 74132

ANGELAN HETTINGER
109 East Charlotte
BROKEN ARROW OK 74011

Arch Aluminum & Glass -TU
4363 South 86th East Avenue
Tulsa OK 74145

ARCH MIRROR NORTH
2727 62nd Street
Bettenford IA 52722-5575

ARTURO GONZALEZ - RODRIQUEZ
2323 SOUTH OLYMPIA AVENUE
Tulsa OK 74107

Atlas Van Lines, Inc.
1212 ST GEORGE RD.
EVANSVILLE IN 47711

ATRIUM BUYING CORP
188 COMMERCE BLVD
JOHNSTOWN OH 43031

B & M OIL CO INC
5731 South 49th West Avenue
TULSA OK 74107

B&M INDUSTRIAL SUPPLY
26 CORP CT
BOWLING GREEN KY 42104

BETTY BERNARD
28861 East 141st Street
Unit C
Coweta OK 74429

BILLCO MANUFACTURING
100 Grandview Blvd.
ZELIENOPLE PA 16063-9799

BILLY KROUSE
455 North 256 Road
Mounds OK 74047

BILLY PORTER
13404 North 87th East Avenue
Collinsville OK 74021

BOBBY GREEN
1203 North Phoenix
TULSA OK 74127

BOGDAN MICHKA
2409 South 10th Street
BROKEN ARROW OK 74012

BRENDA HALL
1007 NORTH CLEVELAND
Sand Springs OK 74063

BROKEN ARROW ELECTRIC SUPPLY
2350 West Vancouver Street
TULSA OK 74102

Broken Arrow Orthopedic
2950 South Elm Place
Ste 456
BROKEN ARROW OK 74012

BROOKS ALLAN AND ASSOCIATES INC
413 PARK AVE
LAKE VILLA IL 60046

Burnetts Flowers
4322 E 11 ST
TULSA OK 74112

California Disbursement Office
Department of Child Support Services
P.O. Box 419064
Rancho Cordova CA 95741-9064

CANFIELD & JOSEPH INC
6536 E 42ND ST
TULSA OK 74145

CARDINAL ALUMINUM CO
P.O. Box 19987
LOUISVILLE KY 40259-0987

CARTER LUMBER KY 410
601 TALLMADGE RD
KENT OH 44240

CEDAR CREEK WHLSLE INC
510 East 2nd Street
TULSA OK 74120

CFR
5314 SOUTH YALE AVE. STE 900
Tulsa OK 74135-6270

CHARLES WILLIAMS
1824 NORTH COLUMBIA PLACE
Tulsa OK 74110

City of Bowling Green
1001 College Street
Bowling Green KY 42101

City of Tulsa
One Technology Center
175 E. 2nd Street, Suite 690
Tulsa OK 74103

CLAREMORE INDUSTRIAL TOOL CO
9481 E 480 RD
CLAREMORE OK 74017

CLINTON GENEVA
28549 East 140th Street South
Coweta OK 74429

CMS N AMERICA
4095 Korona Court SE
CALEDONIA MI 49316

CODY STANKE
P. O. Box 191
Schulter OK 74460

Colorado Department of Revenue
1375 Sherman Street
Denver CO 80261-0013

CORTIS CROSBY
20050 South Limestone Drive
CLAREMORE OK 74018

COX COMMUNICATIONS
PO BOX 22126
TULSA OK 74121-2126

CRYSTAL FLEMING
787 East Pine Place
TULSA OK 74106

DANIEL BLACK
36 East 53rd Street
Tulsa OK 74105

DARIS LENARD
1610 South 108th East Avenue
Tulsa OK 74128

DAVE KNOCHE
701 Golfview Way
BOWLING GREEN KY 42104

DEAN JESTER
28007 Forest Ridge Road
Sand Springs OK 74063

DEANE ALLINSON
1008 North Henry Street
Cuero TX 77954

DEGORTER INC
5623 CANNON DR
MONROE NC 28110

Delta Dental
Corporate Headquarters
3560 Delta Dental Drive
Saint Paul MN 55122

DENNIS MILLSPAUGH
P.O. BOX 246
Kansas OK 74347

DENNIS SPICER
11011 SOUTH 33RD WEST AVENUE
Sapulpa OK 74066

DEXTER EDWARDS
1622 East 55th Place
TULSA OK 74105

DIAMOND SCREW PRODUCTS, INC
2564 RUSSELLVILLE RD
BOWLING GREEN KY 42102

DIANNA EMERSON
4644 South Gary Place
TULSA OK 74105

DICK SLANKARD INC
36 North Guthrie Avenue
TULSA OK 74103

DILLMEIER ENTERPRISES INC
2903 INDUSTRIAL PARK ROAD
VAN BUREN AR 72956

DON TURNER
13036 East 27th Street
TULSA OK 74134

DONALD JARVIS
78 SOUTH 204TH EAST AVENUE
Tulsa OK 74108

DONALD LITTLE
15168 West 101st
Sapulpa OK 74066

DOUGLAS FANKHOUSER
8202 North 118th East Avenue
Owasso OK 74055

Duane Walker
6202 East 30th Street North
Tulsa OK 74115

Dynasplint Systems, Inc.
River Reach, Suite W21
770 Ritchie Highway
Severna Park MD 21146

EBENISTERIE G D PRO INC
300 RUE DICKSON
MONTREAL, QC H1J 2H5

EDWARD ROBINSON
6209 South 449th West Avenue
Jennings OK 74038

EMERALD GLEN I LLC
PO BOX 842600
KANSAS CITY MO 64184-2600

EUGENE H MOORE
6510 ABRAMS ROAD, STE200
DALLAS TX 75231

EXPRESS TEST CORP
3227 E. 31ST ST
SUITE 102
TULSA OK 74105-2443

F&M Bank
1330 S. Harvard
Tulsa OK 74112

F&M Bank
1330 South Harvard
Tulsa OK 74112

FABRICATOR,LLC
28 N HUDSON
TULSA OK 74115

FASTENAL CO
Corporate Headquarters
2001 Theurer Blvd.
WINONA MN 55987-0978

FedEx Kinko's
CUSTOMER ADMINISTRATIVE SVCS
ACCOUNTS RECEIVABLE
DALLAS TX 75267-2085

Florida Department of Revenue
5050 West Tennessee Street
Building 2
Tallahassee FL 32399-0102

FLUID SPECIALTIES
ONE SOUTH 109TH E PL
TULSA OK 74128

FORMWOOD INDUSTRIES
PO BOX 635275
CINCINNATI OH 45263-5275

FUELMAN OF OKLAHOMA
P.O. Box 21410
TULSA OK 74121-1410

GAINEY TRANSPORTATION SERVICES
6000 CLAY AVE
GRAND RAPIDS MI 49548

GARLAND ALLEN
2114 North Madison Avenue
Tulsa OK 74106

GARY GOAD
1845 SOUTH 138TH EAST AVENUE
Tulsa OK 74108

GARY HALL
4111 South Sandusky Avenue
TULSA OK 74135

GARY NAIL
112 East 6th
Skiatook OK 74070

GELLENBECK INSTALLATION INC
ATTN: PHILLIP GELLENBECK
6006 LAKESIDE DRIVE
GUTHRIE OK 73044

GENERAL DISTRIBUTORS
PO BOX 396
WICHITA KS 67201

GEORDIE CRUICKSHANK
11605 South Oswego Avenue
TULSA OK 74137

Georgia Department of Revenue
Sales and Use Tax Division
P.O. Box 105408
Atlanta GA 30348-5408

GERALD EILERS
2234 SOUTH INDIANAPOLIS AVENUE
Tulsa OK 74114

GLENDA ROBINSON
9016 West 620 Road
Inola OK 74036

GLENN C. WILLIS
2514 East 47th Place North
TULSA OK 74130

GOLDRICH
BID#1, ZONE JIADE MALUAN IND'L PARK
TUNG KANG PING SHAN, LONGGANG
SHENZHEN, CHINA 518030

GRAINGER
DEPT 825207194
PO BOX 419267
KANSAS CITY MO 64141-6267

GRANT THORNTON
2431 E 61ST ST STE 500
TULSA OK 74136

GRAYBAR ELECTRIC CO INC
6917 EAST 12TH STREET
TULSA OK 74112

GREAT PLAINS COCA COLA
P.O. BOX 96-0150
OKLAHOMA CITY OK 73196-0001

GRECON INC
15875 SW 74th Avenue
TIGARD OR 97224

GREGORY EIDSCHUN
25025 South Willow
CLAREMORE OK 74017

GREGORY THOMPSON
P.O. Box 6066
TULSA OK 74148

Guangdong United Intellectus Law Firm
Suite 1501-02, North Tower
Guangzhou World Trade Center
371-375 E. Huanshi Road
Guangzhou, CN 510095

HAFELE AMERICA CO
P O BOX 75352
CHARLOTTE NC 28275

HASTINGS LIGHTING CO
1206 Long Beach Avenue
LOS ANGELES CA 90021

Health Scope
27 Corporate Hill Drive
Little Rock AR 72205

HESSEL HOLDING CO
dba WHITTON SUPPLY
PO BOX 2017
OKLAHOMA CITY OK 73101

HOLLOWAY WIRE
PO BOX 2670
CATOOSA OK 74015

IBT INC
PO BOX 411238
KANSAS CITY MO 64141-1238

IKON OFFICE SOLUTIONS
Corporate Headquarters
70 VALLEY STRAM PKWY
MALVERN PA 19355

INITIALLY YOURS, INC
1539 N 105 E. AVE
TULSA OK 74116-1515

Internal Revenue Service
Austin TX 73301

Internal Revenue Service
Kansas City MO 64999-0002

INTERNATIONAL BROKERAGE INC
4634 East Marginal Way
SUITE C-120
SEATTLE WA 98134

INTERNATIONAL HANGER
PO BOX 1656
AUSTIN TX 78759

INTERTEK TESTING SERVICES NA INC
PO BOX 405176
ATLANTA GA 30384-5176

Iowa Department of Revenue
Sales and Use Tax Disvision
P.O. Box 10412
Des Moines IA 50306-0412

IRON MOUNTAIN
PO BOX 915004
DALLAS TX 75391-5004

J D YOUNG
PO BOX 3368
TULSA OK 74101-3368

JAMES CREEKMORE
RT 3, BOX 189-2
Cleveland OK 74020

James Edward Frasier
Frasier Frasier & Hickman
1700 SW BLVD
TULSA OK 74107

JAMES MILLER
2001 West 63rd
Tulsa OK 74132

JAVA DAVE'S EXECUTIVE COFFEE SERVICES
P.O. BOX 581238
TULSA OK 74158-1238

JEFF JOHNSON
1311 SOUTH DARLINGTON AVENUE
Tulsa OK 74112

JEFFREY DUNHAM
58403 Berryhill Road
Jennings OK 74038

JEFFREY MARQUETTE
1642 EAST 73RD STREET NORTH
Tulsa OK 74126

JERRY WHITE
29800 South 4100 Road
Catoosa OK 74015

JIMMIE TAYLOR
19915 East 47th Street
BROKEN ARROW OK 74014

JOHN POPESCZI
1216 East Jackson Avenue
Sapulpa OK 74066

JOHN RUBOTTOM
9004 North 134th East Avenue
Owasso OK 74055

JOHN TACKETT
1248 North Toledo
TULSA OK 74115

JOHNNY ALLEN
613 South Guthrie
#55
Coweta OK 74429

JOHNNY GILLIAM
514 West Fort Worth
BROKEN ARROW OK 74012

JOHNNY KROUSE
2652 East 191st Street South
Mounds OK 74047

JOSEPH FREITUS
2474 South 127th East Avenue
TULSA OK 74129

Kansas Department of Revenue
Sales and Use Tax
915 SW Harrison Street
Topeka KS 66625-5000

KENSTAN LOCK & HARDWARE
101 Commercial Street
PLAINVIEW NY 11803

KENT DAUGHERTY
253 East 41st Street
#15 D
Sand Springs OK 74063

KERR ENVIROMENTAL
1703 North 168th East Avenue
TULSA OK 74116

KEVIN HEAVNER
11702 North 115th East Avenue
Collinsville OK 74021

KEY TEMPORARY PERSONNEL INC
PO BOX 21228 DEPT 80
TULSA OK 74121-1228

KMT WATERJET SYSTEMS
Corporate Headquarters
635 West 12th Street
Baxter Springs KS 66713

KNOX LABORATORY
5640 SOUTH MEMORIAL DRIVE
TULSA OK 74145

LA QUINTA INN
Corporate Office
P.O. Box 2636
SAN ANTONIO TX 78299-2636

LAMPROE CONSTRUCTION INC
14747 W 111TH ST
SAPULPA OK 74066

LARRY CARLILE
4451 WEST 1ST
Tulsa OK 74127

LOOP WORX, LLC
115 E 72ND ST #4B
NEW YORK NY 10021

LOUIS & CO
895 Columbia Street
BREA CA 92622-2253

LOUIS RUFFIN
10604 EAST 4TH STREET
Tulsa OK 74128

Louisiana Department of Revenue
P.O. Box 3138
Baton Rouge LA 70821-3138

LOUISVILLE MILL SUPPLY CO
520 South 15th Street
LOUISVILLE KY 40203

Love Beal & Nixon, P.C.
6621 North Meridian Avenue
Oklahoma City OK 73116

LOWES
1000 Lowe's Blvd.
Mooresville NC 28117

LYLE MITCHELL
Rt. 2, Box 402-9
Cleveland OK 74020

LYNDLE BILLINGS
P.O. Box 714
Stroud OK 74079

MARK HAILEY
8968 East 14th Street
TULSA OK 74112

MAS METALS INDUSTRIES INC.
2677 DREW RD
MISSISSAUGA, ON L4T 3X1

MASTERCARD
BANKERS CREDIT CARD SERVICES
PO BOX 268856
OKLAHOMA CITY OK 73126

MATTHEW LENARD
20154 East 3rd Street
Tulsa OK 74108

MAXWELL AMARO
1 Elmdon Lane
Bella Vista AR 72715

MCGIVERN, GILLIARD & CURTHOYS
PO BOX 2619
TULSA OK 74101

MCMASTER CARR SUPPLY CO
P.O. Box 4355
ELMHURST IL 60126-4355

MedCenter Mid Town
1623 South Utica
TULSA OK 74104

Medica Corporation
P.O. Box 1078
Bristow OK 74010-1078

MEDLEY MATERIAL HANDLING INC
PO BOX 26706
OKLAHOMA CITY OK 73126-0706

Meritain Health
Headquarters
300 Corporate Parkway
Buffalo NY 14226

METALS N MORE
2040 RUSSELLVILLE ROAD
BOWLING GREEN KY 42101

MICHAEL GEETER
559 EAST READING STREET
Tulsa OK 74106

MICHAEL J. BAKER
13612 EAST 24TH STREET
Tulsa OK 74134

Michael Verbeck
2477 N Marion Ave
TULSA OK 74115

Missouri Department of Revenue
Taxation Department
P.O. Box 840
Jefferson City MO 65105-0840

MONARCH ENVIRONMENTAL INC
1169 PRESTON AVE
BOWLING GREEN KY 42101

MONARCH METAL FABRICATION, INC
1625 SYCAMORE AVENUE
BOHEMIA NY 11716

Montana Department of Revenue
P. O. Box 5805
Helena MT 59604-5805

NAN YANG MANNEQUINS & HANGERS CO., LTD
846-3 XIAHE ROAD
XIAMEN, CHINA 361004

NEOPOST INC
PO BOX 45800
30955 HUNTWOOD AVE
SAN FRANCISCO CA 94145-0800

NEVAMAR COMPANY LLC
8339 TELEGRAPH RD
ODENTON MD 21113

NEWTON O'CONNOR,TURNER & KETCHUM
15 WEST SIXTH ST SUITE 2700
TULSA OK 74119-5423

NONE

NORTH AMERICAN METALCRAFT INC
850 FLINT ROAD
DOWNSVIEW, ON M3J 2J5

North Carolina Department of Revenue
P.O. Box 25000
Raleigh NC 27640-0700

NORTHEAST CASTER CORP.
PO BOX 55
LEROY NY 14482

O'REILLY AUTO PARTS
PO BOX 790098
SAINT LOUIS MO 63179-0098

O-NEAL METAL CO
710 SOUTH SECOND STREET
NASHVILLE TN 37202

OC TANNER CO
1930 SOUTH STATE STREET
SALT LAKE CITY UT 84115

OFFICE DEPOT
PO BOX 633211
CINCINNATI OH 45263-3211

Ohio Department of Taxation
P.O. Box 16158
Columbus OH 43216-6158

Oklahoma Department of Human Services
P.O. Box 25352
Oklahoma City OK 73125

Oklahoma Department of Labor
440 South Houston, Suite 300
Tulsa OK 74127

Oklahoma Natural Gas
P.O. Box 401
Oklahoma City OK 73101

Oklahoma Tax Commission
Bankr Sec/Gen Counsel's Ofc
P O Box 269060
Oklahoma City OK 73126-9060

ONE NETWORK DEVICES
4055 VALLEY VIEW LANE #400
DALLAS TX 75244

ONE SOURCE OCC MED
GREGORY L MITCHELL,MD
1515 N HARVARD,STE B
TULSA OK 74115

Opus, Inc.
PO BOX 525
BELLINGHAM MA 02019

OUTWATER HARDWARE CORP
132 Beaver Brook Road
LINCOLN PARK NJ 07035-1410

OUTWATER PLASTICS INC
PO BOX 500
BOGOTA NJ 07603

PANOLAM INDUSTRIES
20 PROGRESS DRIVE
SHELTON CT 06484

PAPER COMPANY INC
325 Emmett Avenue
BOWLING GREEN KY 72101

PAUL BUTZBERGER
4955 Wedgewood
Dallas TX 75220

PAUL HOLLADAY
3102 SOUTH 131ST EAST AVENUE
#116
Tulsa OK 74134

PAUL STODDARD
3738 South 26th West Avenue
TULSA OK 74107

PENDERGRAPH INC
6916 East 12th Street
TULSA OK 74112-5604

PENSKE TRUCK LEASING c/o BAKER GOVERN &
ATTN:  GEORGE PAUL
Atrium Bldg. West 7771, W. Oakland Park
FT LAUDERDALE FL 33351

PHILLIP THOMPSON
7419 EAST 22ND PLACE
Tulsa OK 74129

PHOSTER INDUSTRIES
375 DECARIE BLVD
VILLE ST-LAURENT, QC H4L 3K7

PITT & ASSOCIATES, LLC
7633 E 63RD PL SUITE 300
TULSA OK 74133

PPG INDUSTRIES INC
ONE PPG PLACE
PITTSBURGH PA 15272-0001

PRAY,WALKER,JACKMAN,WILLIAMSON & MARLAR
100 WEST 5TH ST
900 ONEOK PLAZA
TULSA OK 74103-4218

PRO IMAGE INSTALLERS,INC
1970 HWY 87 STE 101
NAVARRE FL 32566

PSO
c/o American Electric Power Company, Inc
1 Riverside Plaza
Columbus OH 43215-2372

Ralph Inks
1541 North Oswego Avenue
Tulsa OK 74115

RANDALL PHILLIPS
12128 East 21st
TULSA OK 74129

RAP SECURITY INC
4630 CECELIA ST
CUDAHY CA 90201

RAYMOND POLLARD
291 East 51st North
Tulsa OK 74126

RED BUD AIR FILTER SALES
5455 South 99th East Avenue
TULSA OK 74146

REEVE STORE EQUIPMENT CO
P O BOX 276
PICO RIVERA CA 90660

RENAISSANCE UPTOWN
1000 SOUTH DENVER AVE
TULSA OK 74119

RENTAL SERVICE CORPORATION
DBA PRIME EQUIPMENT
DALLAS TX 75284-0514

REXEL INC
13655 EAST 61ST
BROKEN ARROW OK 74012

Rich Roberts
1628 North Minnesota
Shawnee OK 74804

ROBERT KELLER
317 South 119th East Avenue
Tulsa OK 74128

ROBERT MILLER
393951 West 2463 Drive
Ochelata OK 74051

ROBERT ZELLERS
P.O. Box 691895
TULSA OK 74169

ROLL FORMING CORP
1070 BROOKS INDUSTRIAL RD
PO BOX 369
SHELBYVILLE KY 40066-0369

RON WHALEN
203 North 2nd
Chouteau OK 74337

Roy D. Johnsen
201 West 5th Street
Tulsa OK 74103

ROY METAL INC
52 BOULEVARD MORIGEAU
SAINT-FRANCOIS-DE-LA-RIVIERE-DU-SUD
QC, G0R3A0

RULE CO
616 South Rockford Avenue
TULSA OK 74121-1228

RYAN HASLETT
11705 East Elm Street
CLAREMORE OK 74019

SAFETY KLEEN CORP
5360 Legacy Drive
Bldg. 2, Suite 100
Plano TX 75024

Salem Distribution, Inc.
5901 GUN CLUB ROAD
WINSTON-SALEM NC 27103

SAM MCCLAIN
17385 ANDERSON ROAD
Sand Springs OK 74063

SANDRA MARTIN
1642 EAST 73RD STREET NORTH
Tulsa OK 74126

SCENTS PLUS INC
23 North Main Street
SAPULPA OK 74066

SCOTT HELLING
9303 South 45th West Avenue
Tulsa OK 74132

SCOVIL AND SIDES HARDWARE CO
2612 N OKLAHOMA
OKLAHOMA CITY OK 73136

SHERL'S JANITORIAL
7732 SOUTH 72ND EAST AVE
TULSA OK 74133

SIGNAL PLATING INC
1608 CAMBEN ST
CHATTANOOGA TN 37406

SIMPLEX GRINNELL
6111 NEW SAPULPA RD
TULSA OK 74131

SKYFRAME INC
141 WEST 28TH STREET 12TH FL
NEW YORK NY 11370

SOLUTION BEACON LLC
PO BOX 120201 DEPT 0201
DALLAS TX 75312-0201

South Carolina Department of Revenue
Sales Tax Return
Columbia SC 29214-0101

SOUTHWEST FIXTURE
P O BOX 5108
PAGOSA SPRINGS CO 81147

SPECIALIZED TRANSPORTATION, INC
NW 5485
P O BOX 1450
MINNEAPOLIS MN 55485-5485

SPECTRUM PAINT COMPANY
15247 E SKELLY DR
TULSA OK 74116

SPENCER WILLIAMS
10544 East Admiral Place
TULSA OK 74116

STANLEY PEARCY
816 South 49th West Avenue
Tulsa OK 74127

State of Arizona
Arizona Department of Revenue
1600 West Monroe
Phoenix AZ 85007-2650

State of Arkansas
Sales Tax and Use Department
P.O. Box 1272
Little Rock AR 72203

State of California
State Board of Equalization
P.O. Box 942879
Sacramento CA 94279

State of Kentucky
Kentucky Department of Revenue
Frankfort KY 40602

State of Nevada
Sales and Use Tax
P.O. Box 52609
Phoenix AZ 85072-2609

State of New Mexico
New Mexica Human Services Department
2009 South Pacheco, Pollon Plaza
Santa Fe NM 87504

State of Texas
Comptroller of Public Accounts
P.O. Box 149355
Austin TX 78714-9355

STELLAR METAL
785 GARYRAY DRIVE
TORONTO, ON M9L1R2

STEPHEN PENROD
1533 South Columbia Place
TULSA OK 74104

STEVE DEAL
19828 East 4th Street
TULSA OK 74108

Steve Tolbert
2807 South 49th West Avenue
Tulsa OK 74107

Steven R Hickman
Frasier Frasier & Hickman
1700 SW BLVD
TULSA OK 74107

STONE COMPUTER & COPIER SUPPLY, INC
P.O.BOX 21820 / DEPT 1177
TULSA OK 74121-1820

STYLMARK INC
P.O. Box 32008
MINNEAPOLIS MN 55432

Sun Life
150 King Street West
Toronto, ON M5H1J9

TAMANTHA CHRISTOPHER
1578 East 68th Street
Tulsa OK 74136

TENNANT SALES & SERVICE
P O BOX 71414
CHICAGO IL 60694-1414

Tennessee Department of Revenue
Andrew Jackson State Office Bldg.
500 Deadrick Street
Nashville TN 37242

TERRY KRAJICEK
8123 Glenside Lane
TULSA OK 74131

THE PEOPLE BRAND
3717 W HARTFORD
BROKEN ARROW OK 74012

Third Party Solutions
2600 Thousand Oaks Blvd.
Memphis TN 38118-2474

THOMAS ALLEN
RT 8, BOX 502
Tulsa OK 74126

THOMAS WHITEN
536 SOUTH 46 WEST AVENUE
Tulsa OK 74127

TIMOTHY RIDENHOUR
3603 EAST KING
Tulsa OK 74115

TONY MORTIMER
3320 EAST HASKELL STREET
Tulsa OK 74115

TRISTAR GLASS, INC
5566 S GARNETT RD
TULSA OK 74146

TUBLAR STEEL, INC
1031 EXECUTIVE PARKWAY DR
ST LOUIS MO 63141-6351

Tulsa County
500 South Denver
Tulsa OK 74103

TULSA OVERHEAD DOOR CO INC
PO BOX 580997
TULSA OK 74158

TULSA PLASTICS
6112 East 32nd Place
TULSA OK 74135

UNDERWRITERS LABORATORIES INC
333 Pfingsten Road
Northbrook IL 60062

Unknown

US Department of Education
400 Maryland Avenue, SW
Washington DC 20202

Utah State Tax Commission
210 N 1950 W
Salt Lake City UT 84134-0180

VAULT MANAGEMENT INC
1805 W DETROIT
BROKEN ARROW OK 74012

VICTOR WELDING SUPPLY CO
123 South Peoria Avenue
TULSA OK 74120-2013

VINCENT PURCELL
9681 South 4080 Road
Talala OK 74080

Virginia Department of Taxation
Virginia Retail Sales & Use Tax
P.O. Box 26626
Richmond VA 23261-6626

Warren County
1621 Cedar Circle Drive
Crestwood KY 40014

WEBCO VISUALS & DESIGNS INC
65 HALLOCK AVE
SMITHTOWN NY 11787-3838

WELSCO
P.O. Box 1058
N LITTLE ROCK AR 72113

WESTERN KENTUCKY POWDER COATING
120 VANDERBILT CT
BOWLING GREEN KY 42103

WESTERN PLASTICS
304 MILLER PLACE
OKLAHOMA CITY OK 73108

WILLIAM BEATTIE
1334 North Joplin
TULSA Ok 74115

WILLIAM MATTHEWS
29 SOUTH 105 EAST PLACE
Tulsa OK 74128

WILLIAM MCCLELLAN
14824 North Lewis
Skiatook OK 74070

WILLIE GAINES
11804 East 21st Place
Tulsa OK 74129

Wyoming Department of Revenue
122 West 25th Street
Cheyenne WY 82002-0110

XPEDX
4901 West 6th Street South
TULSA OK 74131

YALE UNIFORM RENTAL
5953 East 15th Street
TULSA OK 74112

ZIEGLER'S
6 N LEWIS
TULSA OK 74150

# United States Bankruptcy Court
## Northern District of Oklahoma

In re    **Penloyd, LLC**             Case No. _____

                     Debtor(s)        Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Penloyd, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Nagle Enterprises, Inc.**
**Tim W. Nagle, President**
**7700 San Felipe St. Ste 170**
**Houston, TX 77063**

**Penloyd Holding, Inc.**
**Paul B. Loyd, Jr., President**

☐ None [*Check if applicable*]

**February 16, 2010** _____        **/s/ Mark A. Craige OBA** _____

Date                                **Mark A. Craige OBA #1992**

                               Signature of Attorney or Litigant
                               Counsel for    **Penloyd, LLC**
                               **MorrelSaffaCraige**
                               **3501 S. Yale Avenue**
                               **Tulsa, OK 74135**
                               **918-664-0800 Fax:918-663-1383**
                               **mac@law-office.com; aashley@law-office.com**